James R. Wheaton, SBN 115230
David A. Greene, SBN 160107
Geoffrey W. King, SBN 267438
FIRST AMENDMENT PROJECT
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Phone: (510) 208-7744
Facsimile: (510) 208-4562
wheaton@thefirstamendment.org
dgreene@thefirstamendment.org
gking@thefirstamendment.org

Attorneys for Plaintiff ARC ECOLOGY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, a California Non-Profit Organization <br><br> Plaintiff, <br><br> vs. <br><br> SAN FRANCISCO REDEVELOPMENT AGENCY, FRED BLACKWELL, in his capacity as Executive Director of San Francisco Redevelopment Agency, DOES 1-100 INCLUSIVE <br><br> Defendants. | Case No. **C10-05523** <br><br> **COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF** <br><br> Date: _____ <br> Time: _____ <br> Judge: _____ <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff, Arc Ecology, in support of its Complaint for Injunctive and Declaratory Relief, alleges the following facts:

## INTRODUCTION

1.    This civil rights complaint arises from the viewpoint-discriminatory decision of the San Francisco Redevelopment Commission ("Commission") not to re-select Arc Ecology ("Arc") for an independent environmental consulting contract it has held since 2006 and for which it was the most qualified candidate. In so doing, the Commission (1) imposed an unconstitutional condition on the contract-awarding process; and (2) retaliated against Arc for the past exercise of its First Amendment rights. Without the Court's intervention, the contract will be awarded to another firm on December 7, 2010.

2.    Arc Ecology has contracted with the San Francisco Redevelopment Agency ("SFRA") to provide independent environmental analysis since 2006. At the end of the term of the contract, Arc

1    was encouraged to apply for re-selection in an open Request for Proposals ("RFP"), which it won

2    in April 2010. Arc Ecology was recommended by an independent selection panel, unanimously

3    endorsed by the Shipyard Citizens Advisory Committee ("CAC") and recommended by SFRA staff

4    to the Redevelopment Commission.

5    3.       Nonetheless, on September 21, 2010, the Commission voted to deny Arc the contract, thus

6    leveraging the contract to silence Arc's criticism regarding other aspects of development of the

7    Bayview-Hunters Point neighborhood. Specifically, Arc was not re-selected for the contract because

8    it engaged in the public debate regarding the sale of California State park lands at the Candlestick

9    Point State Recreational Area and a proposed bridge over the Yosemite Slough. These issues fell

10   entirely outside the scope of Arc's contract. Arc's participation in and commentary regarding the

11   debates was not funded or in any way related to the contract. The Commission in effect imposed an

12   additional condition of the contract, whereby one who has voiced disfavored opinions about matters

13   of public concern would be disfavored in the selection process. The Commission's actions thus

14   violated Arc's First Amendment rights of speech and petition.

15   4.       On-the-record statements by Redevelopment Commission officials and other evidence

16   confirm that Arc Ecology was denied the contract solely because of its protected speech to the

17   Bayview-Hunters Point community, as well as to government officials and the greater public. During

18   the hearing on whether to re-select Arc for the contract, one Commissioner accused Arc of "talking

19   against the basic program that we're pushing . . . talking against the basic program that this

20   Redevelopment has been trying to get in that Shipyard, on the bridge and many other things."

21   Another accused Arc of "bit[ing] the hand that feeds" it. And a third implied that the decision not

22   to re-select Arc for the contract was made "in order for us to have less dissension and less

23   controversy with all of this development that we have to do," because it was "important that

24   everybody on the team be on the same page."

25   5.       The First Amendment prohibits the government from requiring one to sacrifice a

26   constitutional right to private speech in order to qualify for a governmental contract. The Court must

27   thus act to ensure that the contract decision be made on a viewpoint-neutral basis before the contract

28   is awarded to Circle Point on December 7, 2010.

**JURISDICTION**

6.     This is an action under the Constitution, 42 U.S.C. § 1983 ("Section 1983"), and the Federal Declaratory Judgment Act, 28 U.S.C. § 2201-2202, for declaratory, injunctive, and other appropriate relief enjoining Defendants SFRA and SFRA Executive Director Fred Blackwell ("Blackwell") from the awarding a contract to anyone other than Plaintiff Arc Ecology ("Arc"), from which the contract was improperly withheld. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343 and 2201-2202. SFRA is an agency that exists solely to perform certain functions exclusively for and by authorization of the City and County of San Francisco. Its principle place of operations is at One South Van Ness Avenue, 5th Floor, in San Francisco, California. SFRA's Executive Director Fred Blackwell is also based at One South Van Ness Avenue. The acts alleged herein occurred or will occur in San Francisco, California.

**INTRADISTRICT ASSIGNMENT AND VENUE**

7.     This Court has Intradistrict Assignment jurisdiction pursuant to L.R. §§ 3-2(c) and (d).

8.     The unlawful acts alleged herein occurred in the City and County of San Francisco, California, which is within this judicial district. Venue is appropriate in this district pursuant to 28 U.S.C. §§ 1391(e).

**PARTIES**

9.     Plaintiff Arc Ecology is an Internal Revenue Code 501(c)(3) environmental research and consulting firm. Arc Ecology has operated in the Bayview-Hunters Point neighborhood of San Francisco since 1984. Arc Ecology is located at 4634 3rd Street in the Bayview-Hunters Point neighborhood of San Francisco. Its Executive Director is Saul Bloom ("Bloom").

10.     Defendant SFRA is the executive body charged with executing policy determinations of the San Francisco Redevelopment Commission ("Commission").

11.     Defendant Fred Blackwell is the Executive Director of the SFRA. He is responsible for implementing all activities authorized in redevelopment plans and for other special projects in accordance with policies defined by the Commission. He is sued in his official capacity.

12.     Defendants Does 1-100, on information and belief, are each responsible in some manner for

1   the injuries and damages sustained by Plaintiff as set forth herein.  Plaintiff is further informed and

2   believes, and thereon alleges that at all material times these Defendants owned, operated, managed,

3   directed, controlled, and/or employed other defendants in this action.  The true names and capacities

4   of these Defendants are unknown to Plaintiff, who therefore sue said Defendants by such fictitious

5   names, and Plaintiff will seek leave to amend this complaint to show their true names and capacities

6   when the same are ascertained.  Does are sued in their official capacities.

## STATEMENT OF FACTS

**I.      Despite Being the Most Qualified Contractor, Arc Ecology Is Rejected Based on Political Retaliation**

13.     Arc Ecology has contracted with the SFRA to provide independent environmental and other analysis since 2006.[1] [Declaration of Saul Bloom In Support of Temporary Restraining Order and Preliminary Injunction ("Bloom Decl.") ¶ 15] At the end of the term of the contract, Arc was encouraged to apply for re-selection in an open Request for Proposals ("RFP"), which it won in April 2010.  [Bloom Decl. ¶ 27] Arc Ecology was recommended by an independent selection panel, unanimously endorsed by the Shipyard Citizens Advisory Committee ("CAC") and recommended by SFRA staff to the Redevelopment Commission.  [Bloom Decl. ¶ 31]

14.     Nonetheless, on September 21, 2010, the Commission refused to award the contract to Arc.  [Audio Transcription of Meeting of the Redevelopment Agency of the City and County of San Francisco Opening of Meeting and Agenda Item C, September 21, 2010 ("Transcript") 56:1-16][2] The Commission so acted because Arc spoke out on other aspects of development of the Bayview-Hunters Point neighborhood. [Bloom Decl. ¶ 31, Transcript 4:23-11:16; 45:4-12; 46:8-20; 47:8-9; 48:25-49:1-14; 52:9-54:14; 54:19-25; 55:1-2; 56:6; 56:7; 56:13-14; 56:17-57:10] Specifically, Arc was not re-selected for the contract because it engaged in the public debate regarding the sale of

---

[1] Specifically, Arc Ecology was contracted by the SFRA and Mayor's Office to among other things (1) design a plan for implementing ship scrapping at the Shipyard's dry dock; (2) facilitate and provide technical support for San Francisco Supervisor Sophie Maxwell's community focus group on the negotiation of the Conveyance Agreement; and (3) provide environmental technical, informational and educational services for the CAC and community on Shipyard cleanup. [Bloom Decl. ¶ 13]

[2] A copy of the transcript is attached hereto as Exhibit A. The original has been lodged with the Court.

1    California State park lands at the Candlestick Point State Recreational Area and a proposed bridge

2    over the Yosemite Slough. [Bloom Decl. ¶ 17]

3    15.    The issues about which Arc exercised its rights to free speech and petition fell entirely

4    outside the scope of its contract. [Bloom Decl. ¶ 17] Arc's participation in and commentary

5    regarding the debates was not funded or in any way related to the contract. [Bloom Decl. ¶ 17]

6    16.    Arc Ecology has served as an environmental watchdog on contamination characterization,

7    cleanup planning, and cleanup execution of Bay Area military bases (including the Hunters Point

8    Shipyard, The Presidio, and Treasure Island) since 1984. [Bloom Decl. ¶ 3] Of all the region's

9    installations, Arc Ecology has focused most significantly on the Hunters Point Shipyard, based on

10   Arc's determination that the surrounding community's social equity and environmental justice needs

11   are greatest. [Bloom Decl. ¶ 3]

12   17.    Arc Ecology is a repository for technically accurate scientific, planning, and economic

13   development information on the cleanup and reuse of the Shipyard. [Bloom Decl. ¶ 4] As such, Arc

14   Ecology is the public interest organization of record with regard to the cleanup and reuse of the

15   Shipyard. [Bloom Decl. ¶ 4] Arc has been engaged longer, and in a more detailed and higher profile

16   fashion, than any other nonprofit in San Francisco. [Bloom Decl. ¶ 4] Arc Ecology has reviewed

17   every or almost every environmental document regarding Bayview-Hunters Point produced in the

18   past 25 years. [Bloom Decl. ¶ 4]

19   **II.    Cleanup and Redevelopment of the Bayview-Hunters Point**

20   18.    The Hunters Point Shipyard is composed of 500+ dry acres and a similar amount of

21   submerged lands surrounding them.  [Bloom Decl. ¶ 5] It was originally divided into 6 Parcels.

22   [Bloom Decl. ¶ 5] These Parcels were ranked from A-F from cleanest to most complicated, and thus

23   most difficult to transfer. [Bloom Decl. ¶ 5]  Parcel A is the Shipyard's Hill Top and South Facing

24   Slope.  [Bloom Decl. ¶ 5]  Facing west the Parcels run A-E clockwise, with F composed of the

25   submerged lands. [Bloom Decl. ¶ 5]  Over the past decade these parcels were further subdivided.

26   [Bloom Decl. ¶ 5]   The most important recently-created Parcel is Parcel G, which is the site of a

27   possible future San Francisco 49ers football stadium.  [Bloom Decl. ¶ 5]

28   19.    To expedite the economic redevelopment of the property, the Shipyard was divided into two

1  phases. [Bloom Decl. ¶ 6] Phase 1 was to focus on what were putatively the least contaminated, most

2  easily transferred of Shipyard properties. [Bloom Decl. ¶ 6] Phase 2 focused on the remainder.

3  [Bloom Decl. ¶ 6]

4  20.  Phase 1 of the redevelopment transfers was originally composed of more than 80 acres

5  inclusive of the Shipyard's Parcels A and B1 (prime). [Bloom Decl. ¶ 7] Phase 1 now includes only

6  the roughly 60 acres of Parcel A. [Bloom Decl. ¶ 7] Parcel B1 and smaller underground utility

7  parcels were excluded due to unexpected complications with cleanup. [Bloom Decl. ¶ 7] Phase 1 will

8  be primarily focused on housing construction, though a small number of parks are also included.

9  [Bloom Decl. ¶ 7]

10  21.  Arc Ecology was supportive of the Phase 1 transfer. [Bloom Decl. ¶ 8] As a sitting member

11  of the CAC, Bloom was instrumental in getting the transfer approved by the CAC, the

12  Redevelopment and Planning Commission, and the San Francisco Board of Supervisors. [Bloom

13  Decl. ¶ 8] Bloom also negotiated an extension of the public review and comment period from 45 to

14  75 days as well as the City's agreement to read the document in public line by line in order to assure

15  a full opportunity for community engagement in the decision making. [Bloom Decl. ¶ 8] Bloom also

16  helped lead the CAC effort to improve the community benefits component of the Disposition and

17  Development Agreement ("DDA") by crafting more than 70 proposed changes, of which 59 were

18  agreed to by the Mayor's Office of Economic and Workforce Development, SFRA and Lennar

19  Corporation. [Bloom Decl. ¶ 8]

20  22.  Lennar is a Miami-based corporation. [Bloom Decl. ¶ 9] It is the second largest homebuilder

21  in the United States. [Bloom Decl. ¶ 9] Lennar does a substantial amount of military base

22  development in California. [Bloom Decl. ¶ 9] Lennar is the master developer in the 700-acre

23  Shipyard-Candlestick redevelopment project, as well as the master developer for San Francisco's

24  other large military base conversion project, Treasure and Yerba Buena Islands. [Bloom Decl. ¶ 9]

25  Treasure and Yerba Buena Islands constitute a similar 700-acre site to the Candlestick Shipyard

26  development. [Bloom Decl. ¶ 9] The two projects together make Lennar the largest and most

27  powerful land developer in San Francisco. [Bloom Decl. ¶ 9] Lennar holds the exclusive

28

1  development contract, along with the SFRA, on Phase 1 and Phase 2 of the Shipyard-Candlestick

2  redevelopment. [Bloom Decl. ¶ 9]

3  23.    Phase 1 is covered by the terms of the 2004 DDA between Lennar and the SFRA. [Bloom

4  Decl. at ¶ 10]

5  **A.    Arc Ecology's Contractual Role as Independent Watchdog**

6  24.    In February 2004, the CAC passed a resolution asking the SFRA for its own independent

7  environmental consultant to assist the committee with reviewing and understanding the Navy's

8  cleanup of the Shipyard and that cleanup's relationship with reuse. [Bloom Decl. ¶ 15] In September

9  2005, in response to the CAC's request, the Agency released a Request for Qualifications ("RFQ")

10 soliciting the services of an entity to provide environmental technical, educational and outreach

11 services. [Bloom Decl. ¶ 15] Arc Ecology was awarded the contract in March of 2006 and that

12 contract was signed in May of 2006. [Bloom Decl. ¶ 15] The contract provided environmental

13 outreach and informational services to the CAC and broader Bayview-Hunters Point community

14 regarding: (1) the remediation of Shipyard parcels (or portions thereof) by the Navy and the

15 subsequent transfer of land to the Agency and (2) environmental issues that arise regarding Phase

16 1 development currently underway by Lennar-BVHP, LLC, a subsidiary of Lennar. [Bloom Decl.

17 ¶ 15] All of these responsibilities with regard to redevelopment activities fell within the scope of

18 Phase 1. [Bloom Decl. ¶ 15] None of them fell within the scope of Phase 2. [Bloom Decl. ¶ 15]

19 25.    Arc Ecology's contract calls for independent analysis. [Bloom Decl. ¶ 15-16, 37] The SFRA

20 contracts with the San Francisco Department of Health to provide it with environmental review and

21 analysis on behalf of the agency. [Bloom Decl. ¶ 12] By contrast, the SFRA contracted with Arc

22 Ecology to independently review all of the work of all of the reviewing agencies with an emphasis

23 on CAC, and therefore the public interest of the Bayview-Hunters Point community. [Bloom Decl.

24 ¶ 12]

25 26.    Specifically, Arc Ecology was contracted by the SFRA and Mayor's Office to, among other

26 things, (1) design a plan for implementing ship scrapping at the Shipyard's dry dock; (2) facilitate

27 and provide technical support for San Francisco Supervisor Sophie Maxwell's community focus

28 group on the negotiation of the Conveyance Agreement; and (3) provide environmental technical,

1   informational and educational services for the CAC and community on Shipyard cleanup. [Bloom

2   Decl. ¶ 13]

3   27.    In the implementation of this contract Arc Ecology continued to independently monitor the

4   Navy's remedial activities and the environmental issues that arose from Shipyard development;

5   provided community interest perspective to the negotiations over remedial solutions and shipyard

6   development; and informed and engaged the CAC, the Bayview-Hunters Point community, and the

7   broader public in decision-making surrounding these activities. [Bloom Decl. ¶ 16] Arc was able to

8   engage the community through its various support services, which include its website

9   www.communitywindowontheshipyardcleanup.org; a community information storefront on Third

10   Street, which features a library of documents on the Shipyard; and a monthly newsletter. [Bloom

11   Decl. ¶ 16]

12   28.    Arc Ecology's contractual relationship with SFRA was formed concurrent with advocacy that

13   Arc undertook outside the scope of the contract. [Bloom Decl. ¶ 13] This was done and with the full

14   knowledge of SFRA, the Mayor's Office and Lennar.[3] [Bloom Decl. ¶ 13] This advocacy included

15   consistent constructive criticism of the development strategy to ensure the highest and best use of

16   the property. [Bloom Decl. ¶ 13] For example, in 2000, disagreeing with both Navy and City

17   perspectives that Bayview-Hunters Point residents would accept a lesser standard of cleanup to

18   promote job development, Arc Ecology worked with then-San Francisco Supervisor Tom

19   Ammiano's office to craft Proposition P, which sought to establish the Community Acceptance

20   Criteria for the Shipyard's cleanup. [Bloom Decl. ¶ 11] Proposition P was passed by the voters in

21   November 2000 by 87% citywide and 93% in Bayview-Hunters Point. [Bloom Decl. ¶ 11] Despite

22   objections by the Navy and continued efforts to ignore its contents by the City, the community has

23   used the Arc Ecology-authored proposition to advance efforts to improve cleanup. [Bloom Decl. ¶

24   11]

25

26        [3] Indeed, the City and other stakeholders benefitted from the relationship. [Bloom Decl. ¶

27   14] For example, in the 2004 debate over the approval of the Phase 1 DDA, a memo to the Board
    of Supervisors from Arc Ecology helped alleviate some members' anxiety over the efficacy of

28   the Parcel A transfer. [Bloom Decl. ¶ 14] Arc Ecology's status as both an independent watchdog
    and occasional contractor provided important credibility to the City's position. [Bloom Decl. ¶
    14]

29.     The City and other stakeholders benefitted from this relationship. [Bloom Decl. ¶ 14] For example, in the 2004 debate over the approval of the Phase 1 DDA, a memo to the Board of Supervisors from Arc Ecology helped alleviate some members' anxiety over the efficacy of the Parcel A transfer. [Bloom Decl. ¶ 14] Arc Ecology's status as both an independent watchdog and occasional contractor provided important credibility to the City's position. [Bloom Decl. ¶ 14]

30.     The Mayor's Office and the SFRA were aware when they hired Arc that Arc had previously been engaged in a contract with CALFED[4] to undertake studies of the Yosemite Slough Watershed, which includes Candlestick Point State Recreation Area ("CPSRA"). [Bloom Decl. ¶ 17] Moreover, in 2001 Arc gave a briefing to all relevant city construction and planning department heads on why environmental organizations believed Yosemite Slough should not be bridged. Arc Ecology had also been an advocate of expanding the Candlestick Park Recreational Area, which ultimately the Legislature authorized the Department of Parks to sell pieces of, at the City's behest, in order to develop luxury housing. [Bloom Decl. ¶ 13]

**B.      Arc Ecology Engages in Independent Speech and Petition Activity On Matters of Public Concern Outside the Scope of the Contract**

31.     While fulfilling its contract, Arc engaged in the public debate on issues that fell wholly outside its scope. [Bloom Decl. ¶ 17] Specifically, Arc engaged in the public debate regarding the sale of California State park lands at the CPSRA and a proposed bridge over the Yosemite Slough. [Bloom Decl. ¶ 17] These statements and other participation in and commentary regarding the debate were not funded or in any way related to the contract. [Bloom Decl. ¶ 17]

32.     Additionally, Arc Ecology published a report entitled *Alternatives for Study* in January 2009 that contained critiques of several claims surrounding proposals for Phase 2. [Bloom Decl. ¶ 18] *Alternatives for Study* was eventually made part of the public comments portion of the Environmental Impact Report ("EIR") on Phase 2. [Bloom Decl. ¶ 18] The SFRA was the lead agency with regard to the EIR, and the document was compiled jointly with the Mayor's Office of Economic and Workforce Development ("OEWD"), City Planning Department and Lennar. [Bloom Decl. ¶ 18]

----

[4] CALFED is the joint state and federal project to address the environmental health of San Francisco Bay. [Bloom Decl. ¶ 17]

33.     In *Alternatives for Study,* Arc Ecology explained how it was asked by the environmental community to document the size of the taking of park lands. [Bloom Decl. ¶ 18] Arc conducted all of the mapping of the various proposed park acreage exchanges. [Bloom Decl. ¶ 19] Arc worked with members of the San Francisco Park, Recreation and Open Space Advisory Committee and Environment Commission to determine if any relevant City committee was advised regarding the plan. [Bloom Decl. ¶ 19] Arc documented through statements that there was general confusion over whether any relevant committee members had been told about the plan. [Bloom Decl. ¶ 19] Arc researched documents produced by the City and determined that while maps had been adjusted to show boundary change, the City did not openly state its intention to force the sale of park land to Lennar through a State Legislative Resolution. [Bloom Decl. ¶ 19] Arc met with representatives of the OEWD and the SFRA regarding its research and alternative development concepts that either eliminated or lessened the impacts on the State Park. [Bloom Decl. ¶ 19] State Senator Mark Leno personally contacted Bloom on his to request a briefing on the topic. [Bloom Decl. ¶ 19] A representative of Arc Ecology frequently accompanied representatives of other environmental organizations such as the Sierra Club, who had requested its assistance in meetings with State elected officials to provide technical support. [Bloom Decl. ¶ 19] Arc Ecology testified at one State Legislative hearing in opposition to the park sale and was present at all of the hearings. [Bloom Decl. ¶ 19] Arc Ecology was present at all of the City/Lennar/environmental organizational representative negotiations over the park and ultimately helped shape the final resolution of the compromise around the park land sale. [Bloom Decl. ¶ 19] Thus Arc Ecology was seen as a major player in opposing the State Legislation. [Bloom Decl. ¶ 19]

34.     Arc Ecology also made a YouTube video opposing the sale of park land. [Bloom Decl. ¶ 20] Arc briefed every major news entity on the issue. [Bloom Decl. ¶ 20] And Arc noted in its media discussions that the legislatively forced sale of park land offered a way around the City electorate. [Bloom Decl. ¶ 20]

35.     Eventually, the San Francisco Mayor's Office worked directly with Arc Ecology to negotiate a final resolution to the transfer of park lands with other opponents of the park land sale, including the Sierra Club, the Audubon Society and Friends of Candlestick. [Bloom Decl. ¶ 21] Additionally,

1   California Assemblymember Tom Ammiano and California State Senator Leland Yee utilized Arc's

2   work on the transfer of park lands in making their arguments against the State's legislation. [Bloom

3   Decl. ¶ 21]

4   36.   *Alternatives for Study* also discussed the plans to bridge the Yosemite Slough. [Bloom Decl.

5   at ¶ 22] Bridging Yosemite Slough has long been opposed by environmental groups: as early as

6   1997, organizations including the Sierra Club and the Audubon Society went on record as committed

7   to litigating any effort to construct one. [Bloom Decl. ¶ 22] The bridge is potentially damaging to

8   the environment and a means of encircling Bayview-Hunters Point with more freeways, particularly

9   since this bridge was first conceived of as a connecting route to a planned Southern Crossing—a

10   second bridge across the Bay connecting San Francisco with Oakland. [Bloom Decl. ¶ 22]

11   37.   Arc Ecology was asked by the environmental community to provide technical support for

12   their efforts to identify the impacts of the bridge back in 1997. [Bloom Decl. ¶ 23] Arc investigated

13   and identified an alternative route to the bridge. [Bloom Decl. ¶ 23] Arc contracted with the planning

14   firm LSA Associates to evaluate the claimed benefits of the bridge as a route. [Bloom Decl. ¶ 23]

15   Arc's research showed that the bridge was insignificantly better than alternative routes while having

16   greater environmental impacts. [Bloom Decl. ¶ 23]

17   38.   Arc's research was so effective that the San Francisco Mayor's Office miscast the route it

18   had provided as an alternative and then criticized it as a way of undermining Arc's commentary.

19   [Bloom Decl. ¶ 24] Ultimately Arc's work on the bridge formed the basis of the opposition

20   expressed by five of 11 members of the Board of Supervisors and three of seven members of the

21   Planning Commission to the bridge. [Bloom Decl. ¶ 24] During the January through July 2010

22   debates over the content and later the approval of the Candlestick Point Hunters Point Shipyard Draft

23   EIR and Final EIR, members of the Planning Commission and Board of Supervisors including

24   Commissioner Moore and Supervisor Eric Mar made specific positive references to Arc Ecology's

25   routing and bridge analysis. [Bloom Decl. ¶ 24]

26   39.   Arc Ecology's efforts served to inform the public process in many significant ways. [Bloom

27   Decl. ¶ 24] At Supervisor Mar's request Arc Ecology provided a personal tour of the project area.

28   [Bloom Decl. ¶ 24] Supervisor Mar credited Arc's presentation of the Shipyard's pollution issue

1   during the tour with changing his opinion that the site was too contaminated to develop to one

2   supportive of the project. [Bloom Decl. ¶ 24]

3   40.    At the request of Supervisor Ross Mirkarimi Arc Ecology provided a personal briefing on

4   the bridge issue. [Bloom Decl. ¶ 24] Based upon Arc's briefing Supervisor Mirkarimi was able to

5   get the Director of OEWD to confirm to the Board of Supervisors that neither the City nor Lennar

6   had conducted an economic or marketing analysis to support their argument that the construction of

7   a bridge was "fundamental to the economic success of the project." [Bloom Decl. ¶ 24]

8   41.    The range of these two effects—helping one Supervisor address his concerns around cleanup

9   while enabling another to unearth a significant problem with project analysis shows how Arc's

10  ability to express itself was critical to the public dialogue. [Bloom Decl. ¶ 24] Given the controversy

11  surrounding the development, Arc Ecology's engagement provided a responsible alternative to the

12  rabidly anti and pro development forces. [Bloom Decl. ¶ 24] The commentary provided by Arc

13  Ecology occurred within the generally allotted time frame for project approval and thus promoted

14  efficiency by providing responsible guidance to inform the EIR without providing disruption.

15  [Bloom Decl. ¶ 24] SFRA and Lennar were obligated by law to respond to all commentary. [Bloom

16  Decl. ¶ 24] Because Arc Ecology's goal was to inform the legally mandated EIR process rather than

17  disrupt it, Arc provided professional, technically competent commentary that did not focus on the

18  hyperbole that plagued much of the dialogue. [Bloom Decl. ¶ 24] As a result SFRA had reviewable

19  facts upon which to base their responses. [Bloom Decl. ¶ 24] Arc Ecology's engagement was also

20  helpful to the process because ultimately the City relied on them to help resolve issues regarding the

21  Park plan design negotiations, controversies regarding the DEIR language with regard to Shipyard

22  cleanup and Parcel E/E2. [Bloom Decl. ¶ 24] Further, several of Arc Ecology's suggestions informed

23  the final design plan such as the possibility of housing on Parcel D, an expanded R&D presence on

24  Parcel D, and the park strategy for the shipyard's Southern Shoreline. [Bloom Decl. ¶ 24] Had the

25  City and Lennar adopted Arc Ecology's alternative to the current Yosemite Slough bridge plan they

26  would not be in litigation with the Sierra Club and Audubon today and the delay caused by that

27  disagreement would have been averted. [Bloom Decl. ¶ 24]

28

1    **C.    The Previous Contract Expires and Arc Ecology Is Encouraged to Apply for the New Contract**

2    42.    In January of 2009, an RFQ was issued for bids on a new contract, as Arc Ecology's contract

3    was to expire in March of that year. [Bloom Decl. ¶ 25] The SFRA withdrew the RFQ in May 2009.

4    [Bloom Decl. ¶ 26] In a statement to the CAC, director Blackwell indicated that the withdrawal was

5    due to the inability of the selection panel to reach a recommendation, as well as the concerns Bloom

6    had expressed over tainting of the selection process. [Bloom Decl. ¶ 26] Copies of the selection

7    panel score sheet released by SFRA a year later revealed that Arc Ecology had received the highest

8    score of the applicants interviewed. [Bloom Decl. ¶ 26, Exhibit B] The value of that contract was

9    $1.2 million. [Bloom Decl. ¶ 26]

10    43.    Arc's existing contract was extended to July 2009. [Bloom Decl. ¶ 27] Arc applied for the

11    new RFP in January 2010 and was informed that it had won the RFP in April 2010. [Bloom Decl.

12    ¶ 27] Arc received the unanimous endorsement of the CAC in July 2010. [Bloom Decl. ¶ 27]

13    44.    By April 2010, retaining staff had become a severe strain on Arc Ecology's budget, but Arc

14    did so in anticipation of receiving the contract because Arc would need the staff to carry out the RFP.

15    [Bloom Decl. ¶ 28] Arc continued to pay these individuals for nine months after the previous

16    contract expired in July 2009. [Bloom Decl. ¶ 28] Keeping these same individuals on staff between

17    April 2010 and September 2010 added another six months. [Bloom Decl. ¶ 28] In total, Arc paid for

18    Hunters Point Shipyard project staff for 15 months in anticipation of receiving the contract from the

19    RFP process. [Bloom Decl. ¶ 28]

20    45.    Arc Ecology was never told that it would not be considered for the contract. [Bloom Decl.

21    ¶ 30] Arc was encouraged to reapply after the 2009 withdrawal of the RFQ. [Bloom Decl. ¶ 30] Its

22    representatives were told by both the executive directors of the Office of Economic and Workforce

23    Development and the SFRA that the process would be fair, impartial, above board, and that there

24    would be no political reprisals.  [Bloom Decl. ¶ 30]

25    **D.    Despite Being The Most Qualified Candidate, Arc Ecology is Rejected for Allegedly "Biting the Hand That Feeds It"**

26    46.    Arc Ecology was recommended by the Interagency/CAC Selection Panel, unanimously

27    endorsed by the CAC and recommended by SFRA staff to the Redevelopment Commission. [Bloom

28    Decl. ¶ 31, Transcript 10:14-22] Nevertheless, on September 21, 2010 the Commission voted to

1    reject the recommendation and instead installed a company called Circle Point. [Bloom Decl. ¶ 31,

2    Transcript 56:2-57:9]

3    47.     The Commission rejected the staff recommendations on two points. First, Circle Point

4    outscored Arc by 2/10ths of 1 percent. [Bloom Decl. ¶ 31, Transcript 8:23-9:7, 55:1-2] Second, Arc

5    believes, and on this belief alleges, that the Commission denied Arc the contract because Arc had

6    spoken up and petitioned the government on matters of public interest that fell outside the scope of

7    its contract with the SFRA. [Bloom Decl. ¶ 31] Arc believes, and on this belief alleges, that unlawful

8    retaliatory intent was the but-for cause of Arc not being awarded the contract. [See Bloom Decl. ¶¶

9    29, 31, Transcript 45:4-12, 46:1-20, 48:25-49:7, 54:19-25]

10   48.     First, as a result of the panel scoring forms, it is evident that the scoring of the Selection

11   Panel was rigged.  [Bloom Decl. ¶ 32, Ex. B] Of the five voting panel members, four rated Arc

12   Ecology within two points of each other; the fifth rated Arc a full 33 points below the others,

13   bringing Arc's score down sufficiently to fall behind Circle Point by a fraction of 1%. [Bloom Decl.

14   ¶ 32, Ex. B] Eliminate either the low score or both the high and low scores (as is typically done to

15   factor out bias) and Arc scored higher than Circle Point by at least five points. [Bloom Decl. ¶ 32,

16   Ex. B] The same individual also opposed Arc in a four-to-one vote that resulted in the Panel's

17   recommendation of Arc Ecology.  [Bloom Decl. ¶ 32, Ex. B] Arc believes, and on this belief has

18   alleged, that this individual is Andrea Bruss, a staff member of the Mayor's OEWD. [Bloom Decl.

19   ¶ 32] Arc also believes, and on this belief has alleged, that this Panel member was included to ensure

20   that Arc did not win the scoring based on Arc's protected speech and petition activities outside the

21   scope of the contract. [Bloom Decl. ¶ 32]

22   49.     Second, the Commissioners' own on-the-record statements evince their intent to retaliate

23   against Arc for its First Amendment protected statements. During the September 21, 2010 hearing

24   in which the Commission rejected the SFRA's recommendation to grant Arc Ecology the 2010

25   contract, Commissioner Leroy King opened the substantive portion of the hearing with the following

26   statement:

27        Well, I want to oppose, speak against giving this contract to [Arc] Ecology. I've been
          there since the beginning, was on every board that the, Mister [Saul Bloom], that
28        always have been there, and every time he was there, he spoke opposite to what the
          Redevelopment was going on. As far as Lennar and Kofi [Bonner, a Vice President

1    of Lennar] and all the people that, that wanted to work on, are working on this
     contract, we support him. [Bloom] spoke against them. He spoke every time it got
2    up.

3    [Transcript 45:4-12]

4         Commissioner King went on to state:

5         I hope this committee vote to turn down this contract of his and they, because
          [Bloom] has now talk, he wants to be there, but he talks against Lennar, he talks,
6         everything we do, he's out there in the community, talking against the basic program
          that we're pushing. He's out there today talking against it, and he talked against it
7         many a time . . . . He's been out there talking against the basic program that this
          Redevelopment has been trying to get in that Shipyard, on the bridge and many other
8         things.

9    [Transcript 46:8-20]

10   50.    Commissioner King then moved to deny awarding the contract to Arc. [Transcript

11   47:8-9]

12   51.    Commissioner Francee Covington spoke next. Commissioner Covington stated:

13        The fact that a number of people in their communications with me have said,
          basically, that in order for us to have less dissension and less controversy with all of
14        this development that we have to do over the next thirty years, that it is important that
          everybody on the team be on the same page, . . . I think that Saul Bloom is a very
15        hard-working person, he's a very knowledgeable person, he has hired other
          knowledgeable people, but they are not the only knowledgeable and hard-working
16        people in the world. They're not the only knowledgeable and hard-working people
          in this city.

17   [Transcript 48:25-49:1-14]

18   52.    Commission President Rick Swig also editorialized on Arc's protected speech:

19        [W]here a consultant crosses the line of not being a neutral consultant but being an
20        advocate, and sometimes it felt like the advocacy went against the, the person that
          hired them, and as a consultant, I have my, my feelings sometimes. I don't agree with
21        all my customers, but I don't bite the hand that feeds me.

22   [Transcript 54:19-25]

23   53.    President Swig then stated that this statement was "editorial," and that he based his decision

24   on other factors such as the fact that Circle Point scored 81.6 points to Arc's 81.4 and because Arc,

25   as a nonprofit, is not required to comply with Small Business Enterprise local hiring minimums.

26   [Transcript 55:1-2; 52:9-54:14]

27   54.    The Commissioners then voted unanimously to deny Arc the contract and it to Circle Point.

28   [Transcript 56:17-57:9]

55. During the hearing, SFRA staff urged the awarding of the contract to Arc Ecology and spoke highly of Arc's integrity, experience and ability to hit the ground running. [Transcript 4:23-11:16]

56. The public comment period indicated overwhelming support for Arc Ecology, much of which focused on Arc's integrity and roots in the community. [Transcript 16:24-42:21]

57. The loss of the contract is doing irreparable harm because it has chilled Arc's ability to speak out on matters of public concern. It is clear that Arc will never be awarded a new contract if it provides commentary on matters of public interest with which the Commission disagrees. [Bloom Decl. ¶ 33]

58. Arc Ecology sought the 2010 contract because it was the only way Arc could concentrate a sufficient sum of money into the work of providing thorough, detailed technical evaluation and education. [Bloom Decl. ¶ 36] The Commission's action changes the nature of this contract from technical monitoring and education to public relations. [Bloom Decl. ¶ 36]

59. The Commission has set a dangerous standard and sent a message to its current and potential consultants that any entity working under contract with the SFRA is now obligated to censor the information it provides to the CAC and the public so that it comports with the Commission's opinion, whether or not that opinion is substantiated, based on fact, or is challengeable by contrary well-sourced analysis. [Bloom Decl. ¶ 38]

60. The contract is scheduled to be formally awarded to Circle Point on December 7, 2010. [Bloom Decl. ¶ 39]

## COUNT I

### VIOLATION OF THE FIRST AMENDMENT
### OF THE UNITED STATES CONSTITUTION

61. Plaintiff realleges and incorporates here the allegations in Paragraphs 1-59 above, as though fully set forth.

62. Defendants' policies, practices and conduct have violated Arc Ecology's rights to speak, assemble and to petition the government for a redress of grievances.

## COUNT II

### DECLARATORY RELIEF UNDER 22 U.S.C. §§ 2201, 2202 [DOUBLE CHECK]

63. Plaintiff realleges and incorporates here the allegations in Paragraphs 1-59 above, as though

1   fully set forth.

2   64.     There exists an actual, present and justiciable controversy between Plaintiff and Defendants

3   concerning their rights and duties with respect to Defendants' conduct described herein. Plaintiff

4   contends that Defendants violated and are continuing to violate Plaintiff's rights under the

5   Constitution and laws of the United States through their unlawful, retaliatory corruption of the

6   contracting process. Plaintiff is informed and believes that Defendants deny that their conduct

7   violates Plaintiff's rights under the Constitution and laws of the United States. Plaintiff is presently

8   and will continue to be subjected to such unlawful and unconstitutional actions, and seek a judicial

9   declaration that Defendants' conduct has deprived and is depriving Plaintiff of its rights under the

10   Constitution and laws of the United States.

11   65.     This controversy is ripe for judicial decision, and declaratory relief is necessary and

12   appropriate so that the parties may know the legal obligations that govern their present and future

13   conduct.

14                              **PRAYER FOR RELIEF**

15   WHEREFORE, Plaintiff Arc Ecology prays that this Court:

16   A)      Issue preliminary and permanent injunctions against Defendants, prohibiting them and their

17   officers, agents, successors, employees representatives and any and all persons acting in concert with

18   them from awarding, executing or otherwise finalizing the contract to and/or with Circle Point or any

19   firm other than Arc Ecology; and

20   B)      Declare that the Commission's decision not to award the contract to Arc Ecology violated

21   the First Amendment; and

22   C)      Order that the contract be issued on a viewpoint-neutral basis; and

23   D)      Award Plaintiffs their costs and expenses, including reasonable attorneys' fees

24   under 42 U.S.C. § 1988; and

25   E)      Award such other and further relief as is just and proper.

26

27

28

## DEMAND FOR JURY TRIAL

In accordance with Fed. R. Civ. P. 38(b), and Northern District Local Rule 3-6(a), Plaintiffs hereby demand a jury trial for all issues triable by jury.

DATED: December **5ᵀᴴ**, 2010

Respectfully submitted,

FIRST AMENDMENT PROJECT

By: _____

Geoffrey King

Attorneys for Plaintiff

ARC ECOLOGY

# EXHIBIT A

1

2

3

4

5

6

7

8

9

10     AUDIO TRANSCRIPTION OF MEETING OF THE REDEVELOPMENT

11     AGENCY OF THE CITY AND COUNTY OF SAN FRANCISCO

12     OPENING OF MEETING AND AGENDA ITEM C

13     SEPTEMBER 21, 2010

14

15

16

17

18

19

20

21     ATKINSON-BAKER, INC.
       COURT REPORTERS
22     (800) 288-3376
       www.depo.com
23

24     TRANSCRIBED BY: TIMOTHY ROBERT DUVAL

25     FILE NO. A409BA7

1          A P P E A R A N C E S

2    SAN FRANCISCO REDEVELOPMENT AGENCY

3

4    Rick Swig, President

5    Darshan Singh, Vice-President

6    Leroy King, Commissioner

7    Francee Covington, Commissioner

8    Director Blackwell

9    Thor Kaslofsky, Project Manager

10   Mr. Morales

11   Christina Garcia, Contract Compliance Supervisor

12   Madam Secretary

13
     SPEAKERS
14

15   Saul Bloom, Arc Exology, Executive Director

16   Scott Madison, Shipyard Citizens Advisory Committee

17   Ben Strumwasser, CirclePoint

18   Michael Lynes, Golden Gate Audobon Society,
     Conservation Director
19
     Eric Smith, Literacy for Environmental Justice, Board
20   of Directors

21   Jacqueline Phillips, Bayview Ace

22   Claude Everhart

23   John Eller, Bayview Ace

24   Kate Kelly

25   Al Norman, Bayview Merchant's Association

```
 1    Lonnie Mason

 2    Christine Johnson, Hunters Point Citizens Advisory
      Committee
 3
      Tussie Esta, Mothers Committee for Helping
 4    Environmental Justice

 5    Terry Anders, Anders and Anders Foundation

 6    Mindy Kenner, Southeast Jobs Coalition

 7    Richard Hobson

 8    Kristine Enea, Bayview Project Area Committee

 9    Espanola Jackson

10    Deirdre Smith

11    Al Williams, CirclePoint

12    Oscar James

13    Unidentified Male Speakers

14    Unidentified Female Speakers

15

16

17

18

19

20

21

22

23

24

25
```

1                 PRESIDENT RICK SWIG:  Good afternoon.  Good

2       afternoon.  Oh, are we about ready?  Yeah, there we

3       are.  Good afternoon.  It's now four o'clock and this

4       is the regularly scheduled meeting of the San Francisco

5       Redevelopment Agency for Tuesday, September 21st,

6       2010.  I'd like to welcome the public and the radio

7       listening audience.

8                          - oOo -

9                 PRESIDENT RICK SWIG:  Secretary, will you

10      please call the item?

11                MADAM SECRETARY:  Thank you, Mr. President.

12      The next item is 4-C authorizing a personal services

13      contract with Arc Ecology, a California nonprofit

14      corporation, to provide environmental information

15      services regarding mediation plans at the Hunters Point

16      Shipyard for a term of one year with two 1-year

17      extension options and one-year budgets, exercised at

18      the Executive Director's discretion, in an amount not

19      to exceed $282,500 for the first year for a total

20      aggregate amount not to exceed $847,499; Hunters Point

21      Shipyard Redevelopment Project Area.  (Resolution

22      Number 118-2010.  Mr. Director?

23                DIRECTOR BLACKWELL:  Thank you, Madam, hello,

24      thank you, Madam Secretary.  Item 4-C will be presented

25      by Mr. Thor Kaslofsky, who's the Project Manager for

1    the Hunters Point Shipyard Project Area.

2              THOR KASLOFSKY:  Thank, thank you, Director

3    Blackwell, and greetings, members of the Commission and

4    President Swig.  I'm Thor Kaslofsky, the Project

5    Manager for the Hunters Point Shipyard, today, Staff,

6    seeking your authorization to enter into a contract

7    with Arc Ecology for a term of one year in the amount

8    of $282,500 with two 1-year extensions and one-year

9    budgets, for an aggregated contract amount of $807,40,

10   $847,599, to be exercised by the Executive Director.

11   The Shipyard has had a long history of operations in

12   Bayview-Hunters Point since the 1940's, concluding most

13   recently with its decommissioning in 1974.  Since then,

14   a Citizens Advisory Committee was formed in 1991 to

15   advise the Agency on the Shipyard's development, and in

16   1997, a plan was approved for the site, and in 1999,

17   Lennar was selected as the developer, and in 2003,

18   a development agreement with them was approved.

19   In 2004, a conveyance agreement with the Navy was

20   approved in which the Navy and the city agreed to make

21   joint presentations about the environmental

22   characterization, remediation, and conveyance plans to

23   the community.  It is with this purpose in mind that

24   the Agency issued a solicitation for environmental

25   information services in 2005 to provide a technical and

1    educational resource for the CAC and the Bayview-Hunters

2    Point community on the Shipyard's clean up program.

3    Arc Ecology was recommended, was recommended, the

4    recommended firm for that contract, and they were the

5    contractor until July 2009 when their contract expired.

6    It was during that time in 2005 that Parcel A was

7    transferred for development to Lennar and they began

8    demolition and grading of Parcel A, and they started

9    their infrastructure construction in 2007.  All the

10   while, the Navy was conducting ongoing environmental

11   analysis and remediation on the rest of the Shipyard

12   with an annual budget recently in the range of eighty

13   million dollars.  Progress on the site has made it

14   possible for Parcels G, B, D-2, UC-1 and 2 to be

15   scheduled for transfer in 2011.  When the Agency

16   purchases goods or services such as environmental

17   information services, it must follow the Agency's

18   purchasing policies, one of the four methods of

19   procurement.  Due to the type of services that we were

20   seeking, we used the RFP, Request for Proposals and

21   Request for Qualifications Process, which requires

22   competitive solicitation, evaluation criteria that

23   identifies the most qualified firm based on

24   considerations other than the lowest price.  The

25   policy also requires new solicitations for contracts

1    that have been held by the same firm for more than

2    three consecutive years.  The agency also has a

3    Small Business Enterprise policy which provides a

4    small business enterprise, or SBE's, with an

5    opportunity to compete for and participate in Agency-

6    assisted projects to achieve its economic development

7    goals.  The Agency's SBE policy gives first

8    consideration to SBE's and establishes a

9    subcontracting goal for SBE's of fifty percent, and

10   if an SBE is not selected, there must be a valid reason

11   for that decision.  Also, the SBE policy does not

12   provide consideration for contractors based on their

13   local hiring efforts or the residence of their

14   employees, and under the current Agency's policy, not

15   for profits don't qualify as SBE's.  Christina Garcia

16   from the Contract, the Contract Compliance Supervisor,

17   was involved during the solicitation, and is also here

18   to answer any questions about these policies and their

19   application to this contract.  Using this approach, the

20   Agency's first solicitation for environmental

21   information services was in October 2005.  The panel

22   back then selected Arc Ecology for the contract award.

23   That contract expired in July 2009 after a four month

24   extension, which was granted in March 2009.  A new

25   solicitation for environmental information services

1    began in January 2009, and the Agency received four

2    proposals by the due date of February 27th.  The Panel

3    was made up of Agency staff, staff from the Office of

4    Economic and Workforce Development, a technical

5    environmental expert from the city's Department of

6    Public Health, and CAC members.  They evaluated,

7    interviewed, and scored the four RFQ respondents, but

8    declined to recommend a firm for the contract.

9    Instead, they recommended that the Agency withdraw

10   and revise the scope of services.  The budget

11   proposals that were submitted ranged widely, and the

12   panel recommended to put in a budget cap.  Also, the

13   Navy's advisory body, the Restoration Advisory Board,

14   was in the process of being dissolved by the Navy,

15   and the Panel wanted to make sure that the contract

16   scope reflect the increased focus on the CAC as a forum

17   for community dialogue regarding the Shipyard's

18   environmental cleanup for the long term and that the

19   selected contract would have the expertise and

20   experience to support the CAC in this capacity.  In

21   accordance with the Panel's recommendation, the Agency

22   released a revised request for proposals in December

23   2009.  We received five proposals and interviewed all

24   five firms.  The results of that analysis and scoring

25   was Benz Environmental for 33.9 points, the Center for

1    Creative Land Recycling for 64.9 points, BergDavis
2    Public Affairs for 64.4 points, Arc Ecology for 81.4
3    points, and CirclePoint for 81.6 points.  Arc Ecology
4    and CirclePoint's scores were very close, only two,
5    only .2 points apart on a hundred point scale, making
6    it difficult for the Panel to determine who was the
7    most qualified.  The Panel then engaged into a finely
8    grained discussion of the firm's qualifications and
9    focused on a few key issues,  Each firm proposed a
10   solid outreach approach.  Both proposed a mix of
11   workshops and online and multimedia tools, as well as
12   some non-traditional methods, such as targeting
13   non-Englisgh speakers and conducting door-to-door
14   outreach in Bayview-Hunters Point.  The panel also
15   wanted to better clarify and distinguish Arc Ecology's
16   perceived roles in the community, one as the Agency's
17   environmental information services contractor, and the
18   other as a voice for environmental issues in Bayview-
19   Hunters Point.  To reconcile this proposed, the, excuse
20   me, to reconcile these issues, the contract proposes to
21   impose requirements such as Agency approval before
22   taking on any additional Shipyard-related work and
23   issuing any media announcements.  Contract Compliance
24   advised that not choosing the SBE firm is allowed, but
25   required an explain, explanation.  Lastly and most

1    importantly, the Panel discussed the ability of either

2    firm to perform the contract and ramp up.  Arc Ecology

3    was the contract holder since 2005 and has significant

4    experience in the Shipyard dating back since, to 1984.

5    Their extensive knowledge enables them to deliver

6    information quickly to the CAC, and Arc Ecology's been

7    very responsive.  In light of the RAB not existing, the

8    CAC will be the only official Shipyard community forum

9    to host environmental dialogue about the upcoming

10   parcel transfers and development on Parcels B, G, D-2,

11   UC-1 and UC-2 as they are scheduled for transfer in

12   late 2011.  The Panel ultimately was concerned about

13   CirclePoint's ability to get up to speed in time and

14   support the CAC.  It was with this in mind that the

15   Panel concluded with a vote that Arc Ecology was the

16   most qualified firm to undertake the tasks in the

17   environmental information services contract.  Legal and

18   Contract Compliance staff concurred that the selection

19   process conformed to all Agency's policies.  We took

20   the Panel's recommendation to the CAC, which

21   unanimously approved it in July 2009, excuse me, July

22   of this year.  The budge for this contract is $282,500

23   for the first year, and each subsequent year subject to

24   approval by the Executive Director.  The scope of

25   services that Arc Ecology will undertake includes

1    technical monitoring of Agency meetings, and analysis of

2    Navy technical documents, and monitoring of Parcel A

3    air sampling data.  It will also include technical

4    support for the CAC and the community to assist in

5    their understanding of the Shipyard environmental

6    documents.  Also included is a community education

7    component using workshops with the CAC, fact sheets

8    and newsletters, and utilizing a technical library,

9    both online and in hard copy, to increase the

10   community's understanding of the Shipyard's clean up

11   program.  The scope also includes outreach for

12   workshops, a website, and monthly outreach reporting

13   to the CAC and community on meetings.  With that, I

14   just want to introduce Saul Bloom, the Director of

15   Arc Ecology, to talk about the qualifications of his

16   firm.  Mr. Bloom?

17             SAUL BLOOM:  Commissioners, Saul Bloom,

18   Executive Director of Arc Ecology.  I'm pleased and

19   proud to be here with you tonight.  We have been

20   recommended for this contract today because of our deep

21   understanding of the issue, our knowledge of the

22   community, the infrastructure we have built over the

23   last twenty-five years of serving Bayview-Hunters Point

24   and the city regarding the Hunters Point Shipyard

25   clean up.  This has been a long path to this point.  As

```
 1    Mr. Kaslofsky said, we have re, we have, we first
 2    applied for this new contract in 2009 only to have that
 3    RFQ withdrawn.  After fifteen months, a second ARP
 4    process later has been, we have been recommended for
 5    the contract again.  The costs to the community for
 6    the lapse in this service has been significant.  We were
 7    unable to provide the community with a complete range
 8    of services, workshops, newsletters, other things, as
 9    we had done in the prior years.  At the same time, the
10    Restoration Advisory Board had been shut down.  As a
11    small Bayview-Hunters Point non, not for profit,
12    charitable public interest organization, the expense to
13    our organization was substantial, as well.
14    Nevertheless, we continued to provide services, the
15    services that we could afford, to the Bayview
16    community.  There is much to do.  We are excited about
17    our new Community Captain program, modeled on COO, and
18    designed to provide substantial supplemental income to
19    neighborhood leaders, directly engaging them in the
20    education and outreach program of the project.  This is
21    what we believe to be real Bayview-Hunters Point social
22    networking.  We also feel the press of the issue.  Land
23    transfer clean up documents loom large on the horizon.
24    Arc Ecology does not need to hit the ground running
25    because, frankly, at this point, we are running.  We've
```

1    been running.  We've been running for years, and we

2    have been running around with regard this process for

3    the past twenty-five years.  As Mayor Agnos shared with

4    you, we have a long and important history of

5    contribution to this issue.  We are a community-based

6    organization that brings national perspective to local

7    Superfund sites through our local Superfund site with

8    contacts we have been applying over the years to help

9    the neighborhood and the, with the regard to the

10   clean up of the Hunters Point Shipyard.  We have seen

11   the terms of the contract, we have agreed with the

12   terms of the contract, and we are anxious to start

13   making an important contribution in the specific areas

14   of emphasis.  I want to thank Mayor Agnos, Kofi Bonner,

15   Senator Leno, the members of the Citizens Advisory

16   Committee, members of the Board of Supervisors for

17   their support.  In particular, I would like to thank

18   the grassroots members of the Bayview-Hunters Point

19   community who have come here today and have come here

20   repeatedly over the last six years and have spoken on

21   our behalf.  I'd like to introduce my staff to you

22   right now.  This is not our full staff.  Unfortunately,

23   in June, death took Jesse Mason, our long-term Economic

24   and Community Employment Development Coordinator.  We

25   still miss Mr. Mason and look forward to the

1   opportunity to fill that position with someone else

2   from the Bayview.  His son, Lonnie Mason, is here, as

3   well, but, and our Asian staff member is not here, as

4   well, but we have a good showing of the diversity of

5   our staff, which we bring as a part of Arc Ecology and

6   our long-term commitment to environmental justice.  We

7   are straight, we are gay, we are black, we are white,

8   we are Asian, we are young, we are old, we are all the

9   things that reflect the Hunters Point Bayview community

10  and this city at large.  Mr. Mike McGowan is our Staff

11  Scientist.  Mike, could you stand?  Mike has been

12  working on this subject now for three years.  He has

13  been heavily involved in the base clean up team

14  meetings.  He has attended all of the base clean up

15  team meetings.  He has also attended all of the

16  Restoration Advisory Board meetings, worked on the

17  Restoration Advisory Board Technical Committee, and has

18  reviewed materials on the Shipyard, all of the materials

19  on the Shipyard clean up.  Ms. Rachel Russell is

20  conducting our outreach program.  Rachel is our

21  shared staff person with Literacy for Environmental

22  Justice, a partner organization that deals specifically

23  with the issues of youth in the Bayview, in Bayview-

24  Hunters Point.  We've been working with Literacy for

25  Environmental Justice for many, many years, and their

1    letter of endorsement is in your packet.  Anne Devine

2    is our community education and publications and

3    electronic media person, she worked with KQED, and has

4    had a long history in the electronic media, which we are

5    using, as well.  We have been in the Bayview twenty-

6    five years.  We have read every environmental document.

7    We have every environmental document that has been

8    produced around Bayview-Hunters Point in our files.  We

9    have a complete file of the Redevelopment programs.  We

10   understand the Redevelopment program.  Working with

11   Aboriginal Black Men Unlimited in the (unintelligible),

12   we helped bring ship recycling to the Hunters Point

13   Shipyard and trained eighty African-American

14   individuals who worked at the Shipyard for six years

15   between 1995 and 2001 in ship recycling.  We're talking

16   with the Agency right now about looking at that project

17   again.  These are the kinds of diverse programs that

18   Arc Ecology has brought to the Bayview because we

19   understand that, whether its toxic clean up or

20   economic development, both need to occur simultaneously

21   in Bayview if we are to solve the greater problems of

22   the Bayview, and that's what Arc Ecology has dedicated

23   the last twenty-five years to, being an important

24   contributor to solving the problems in the Bayview.

25   Our office is right there on Third Street in Town

1    Center, a place we intend to remain.  Thank you very

2    much.

3             THOR KASLOFSKY:  Thank you, Mr. Bloom.  Thor

4    Kaslofsky again, for the record.  I will conclude with

5    a set of next steps.  If the Commission were to approve

6    this contract today, Arc Ecology will, with direction

7    from the Agency, will assist the CAC in restarting the

8    Environmental Subcommittee meetings, which have been

9    canceled recently, and Arc Ecology will also work with

10   the Agency and the CAC on workshops covering topics

11   such as the Navy's Community Involvement Plan Process

12   since there is no RAB and the upcoming clean up

13   decisions over the next twelve months, including the

14   parcel transfer process and the update on Parcel A

15   dust control.  That concludes Staff presentation.

16   Thank you.

17            DIRECTOR BLACKWELL:  Thank you.  Madam

18   Secretary, any speaker cards on this item, and once

19   again, speakers are limited to two minutes.  Thank

20   you.

21            MADAM SECRETARY:  I have eighteen cards.

22   First speaker is Scott Madison, followed by Ben

23   Strumwasser, then Michael Lynes, then Eric Smith.

24            SCOTT MADISON:  Good evening, Commissioners.

25   My name is Scott Madison.  I'm on the Shipyard

1     Citizens Advisory Committee.  Along with Commissioner

2     Emeritus Leroy King, I was one of the original

3     appointees to the Committee in 1991.  I'm the last

4     one still serving from that core, and between 1991 and

5     2008, I was either a Vice-Chairman or the Chairman of

6     the, of the Citizens Advisory Committee.  Another early

7     CAC member was Saul Bloom of Arc Ecology, who was more

8     knowledgeable about shipyard clean up issues than most

9     government regulators.  As CAC Chairman, I was involved

10    in framing the first environmental contract, and I

11    worked closely with Arc on many issues, including Prop

12    68, the City-Navy Transfer Agreement, and the City

13    Policy Article 37 in the Health Code that restricts

14    development at the Shipyard for environmental safety.

15    Arc was selected by the CAC because of the kind of work

16    that they did.  The community demanded and you granted

17    us an independent advisor on environmental matters.

18    Arc has been what the CAC wanted, a community-based,

19    independent environmental advisor, and it seems that

20    independence is the rub.  What CAC wanted was a

21    watchdog, not a lapdog.  That is the crux of the matter

22    and it highlights the tension between citizens'

23    advisory bodies and the public agencies that enable

24    them.  CirclePoint is a downtown firm that may be

25    technically qualified, but in my twenty-plus years,

17

1    they are strangers to the Shipyard and the community.

2    Mr. Scott's community credentials are unquestionable,

3    but what is his environmental expertise?  CirclePoint's

4    numerous city contracts and Mr. Scott's Lennar contract

5    raise some obvious fox and henhouse issues for me.

6    Arc's decades of work on shipyard environmental issues

7    clearly makes them the most qualified candidate, and

8    that is why the CAC has endorsed them.  The

9    Commission should have the integrity and the courage

10   to hire the watchdog the community needs and deserves,

11   even at the risk of an occasional nip at the heels.

12   Thank you.

13          PRESIDENT RICK SWIG:  Thank you.

14          MADAM SECRETARY:  Next speaker is Ben Strum,

15   Strumwasser.

16          BEN STRUMWASSER:  Thank you.  I'll be brief.

17   My name is Ben Strumwasser.  I'm a principal with

18   CirclePoint.  I really just came here to restate our

19   interest in the Redevelopment Agency's Hunter Point

20   Shipyard environmental information services contract.

21   We feel strongly that our team has the qualifications,

22   has the experience to do this job.  Beyond Mr. Scott,

23   we have Al Williams, who has a significant amount,

24   decades of experience working in the community.  We as

25   a firm have worked in, in the community on multiple

1    projects.  We also have O'Ryan Environmental Consulting,

2    who's also done work at the Shipyard on the clean up,

3    so I, I don't think there should be any question

4    about our capabilities in terms of our, our experience.

5    Clearly, this is a, an award that is not without some

6    differences of opinion, but beyond rating the highest

7    score, obtaining the highest score, which was a diff,

8    a little difficult to look at because some, it felt

9    like, if I went to a baseball game and the outcome of

10   the score was 10-8 and they would award the win to the

11   person who got 8, but be that as it may, the only thing

12   that I've heard as an explanation for why they

13   wouldn't, you wouldn't select us is that we don't have

14   as much experience and we can't get up to speed.  All

15   of the people on this team have worked in environmental

16   clean up.  All of the people have ex, experience

17   working in the, in the vicinity.  There would not be

18   a, a, another firm that could get up to speed if, if

19   Arc Ecology had the, the contract for all this time,

20   so why go to the trouble to let out an RFP and an RFQ

21   if, if there is no one who's going to be as, as

22   experienced, and, in fact, we do have the experience,

23   and we are capable of getting up to speed, and prepared

24   to do that for you.  We'd like to work on this, this

25   project.  We do ask you that you really consider the

1    decision.  Thank you for your time.

2              PRESIDENT RICK SWIG:  All right.

3              MADAM SECRETARY:  Michael Lynes --

4              PRESIDENT RICK SWIG:  Thank you.

5              MADAM SECRETARY:  -- followed by Eric Smith,

6    then Jackie Phillips.

7              MICHAEL LYNES:  Hello, my name is Michael

8    Lynes.  I'm the Conservation Director with the Golden

9    Gate Audubon Society, and I come representing the

10   Golden Gate Audubon today and its constituents.  I at

11   first want to encourage you to accept the

12   recommendation of the CAC and Staff to extend the

13   contract for Arc Ecology, and I think there's many

14   reasons that have already been stated, and I won't go

15   through and reiterate those provided by Staff and by

16   the representative from the CAC.  I'd like to provide

17   you some of the perspective from our, rather, our

18   perspective as an environmental organization that has a

19   regional, that works regionally and needs to come in at

20   certain times and work on very local issues, and we

21   found that, that the value provided by Arc to be

22   absolutely essential.  Golden Gate Audubon has a long

23   history of working in the area for decades, but I'm

24   actually, I'm new to the, relatively new to the

25   organization, especially when you think about the long-

                                                          20

1    term history of how long this stuff has gone on, and

2    Arc Ecology has been essential in order to getting up

3    to speed and trying to understand the very key issues

4    that relate to my constituency, which I acknowledge is

5    relatively small and often unpopular, especially given

6    certain developments, and we understand that, but we

7    have an important voice that needs to be heard, and

8    we can only do that if we have good information, and

9    true information, and fearless information, not from

10   someone who's worried about maintaining the contract,

11   but who, someone who can read and understand the

12   material, understand it inside of the context of the

13   community because they work and live in the community,

14   and that they're not afraid to provide that objective

15   information.  So, again, I think that's the kind of

16   service that Arc provides, I don't think you can do

17   better, and I think you should extend the contact.  We

18   strongly urge you to do so.  Thank you for your time.

19           PRESIDENT RICK SWIG:  Thank you.

20           MADAM SECRETARY:  Eric Smith.

21           ERIC SMITH:  Good evening, Commissioners.

22   Eric Smith.  I'm a former member of the Navy's

23   Restoration Advisory Board, as well as one of the Board

24   of Directors of Literacy for Environmental Justice.

25   I'm here in support of Arc Ecology.  There is no

1    organization and no group that has their history,

2    that's done the work that they've done, that has the

3    relationships with the folks in Bayview.  With the

4    loss of the Restoration Advisory Board, Arc Ecology

5    has been the only place we can go for information, and

6    their staff has been fantastic in, in sharing that

7    knowledge.  I miss the Restoration Advisory Board,

8    but I've been grateful that Arc Ecology has been

9    around to deliver the kind of services that the

10    community needs, needs to see.  I think experience

11    does matter.  I think this isn't just a baseball game.

12    I think relationships, history, and the things that

13    Arc Ecology provides are essential, and I would urge

14    you to approve this.  Thank you.

15        PRESIDENT RICK SWIG:  Thank you.

16        MADAM SECRETARY:  Jackie Phillips, followed

17    by Claude Everhart, then John Eller.

18        JACKIE PHILLIPS:  Good evening,

19    Commissioners.  My name is Jacqueline Phillips.  I'm a

20    member of Ace, but also more important, I am a

21    resident of the Bayview-Hunters Point for over fifty

22    years.  I can only speak for a resident, as a resident.

23    I don't know all the different organizations.  I do

24    know, however, a lot of organizations has come to the

25    Bayview-Hunters Point, and I've attended meetings, and

1   I left those meetings not knowing any more than I did

2   when I went.  I have gone to workshops with Arc Ecology,

3   and they have sit down and have explained in detail.

4   They've actually taken us on tours.  So when they show

5   a map to some of the residents of the changes that are

6   going to be made, and we totally don't have a clue as

7   to "where is that located?" we have gotten into their

8   personal vehicles and they have taken us out to the

9   sites, and they have shown us what the changes will

10  mean to us, what they will look like, and we know now

11  where they're located.  I know other organizations would

12  like to have this contract, but to me what's most

13  important is people that we have done business with, we

14  have learned to trust, and in the Bayview-Hunters

15  Point, trust is one of the things that keeps a lot of

16  hassling going on.  We don't know who to trust because

17  there are a lot of broken promises.  We have found that

18  Arc Ecology has been straight up and honest with us.

19  Even with some of the things we may not totally agree

20  with, they have been honest.  They did not try to hide,

21  hide things from us.  So, as a resident, I would urge

22  you to approve the contract with Arc Ecology because

23  they have a communication and a relationship with the

24  actual residents in the Bayview-Hunters Point.  Thank

25  you.

1          PRESIDENT RICK SWIG:  Thank you very much.

2          MADAM SECRETARY:  Claude Everhart?

3          CLAUDE EVERHART:  My name is Claude Everhart.

4    I'd actually love to see CirclePoint get this

5    contract because I love Al Williams, he's one of my

6    closest and dearest friends, but by rights, I can't

7    recommend that they get this contract.  Arc Ecology

8    deserves it.  I want to commend the work that your

9    Staff has done in measuring these two worthy

10   organizations and determining that Arc Ecology is the

11   organization that should go forward.  As the woman

12   before me just talked about, the issue is trust.  I've

13   worked with Arc Ecology since 1987, and whether you

14   are on one side of the issue or not, when Mayor Agnos

15   and I and our staff worked on the USS Missouri issue

16   years and years ago, there was one environmental

17   organization in this city that we could rely on for

18   clear, concise, correct information.  Last year, when

19   Senator Leno called upon former Mayor Agnos, and he

20   called me, to work on coming up with a resolution for

21   the state park, our state park, the state park that Art

22   Agnos founded, that I started my political career on,

23   we wanrted to protect that park.  It was Arc Ecology

24   that stepped up and provided the information that we

25   needed in order to bring the community together to

24

1    achieve a community consensus to have the Sierra Club

2    take the lead and come up with the, the final deal that

3    allowed for the transfer of the Candlestick Point Stick

4    recreation area.  Arc Ecology deserves this contract

5    because of their credibility with our community.

6    Thank you.

7              PRESIDENT RICK SWIG:  Thank you very much.

8              MADAM SECRETARY:  John Eller, then Kate

9    Kelly, then Al Norman.

10             JOHN ELLER:  Good evening, Commissioners and

11   President Swig.  My name is John Eller.  I'm with, I'm

12   a staff person at Ace, Bayview Ace.  We're eight hundred

13   member families living in District 10, and many of

14   those families do live near the Shipyards and have been

15   involved in the Hunters Point Candlestick Redevelopment

16   Project.  Ace is a, in a CBA with Labor Counsel, the San

17   Francisco Organizing Project, and Lennar to make sure

18   there's a deliverable of maximum community benefits into

19   the, into the Bayview-Hunters Point residents, making

20   sure families get living wage career jobs and

21   housing, and this project really is about jobs, career

22   jobs for families that have, that live in Bayview-

23   Hunters Point and District 10.  It's about housing for

24   families and seniors that you saw that just were here

25   earlier and people in the community that live there

1   currently, as well as people that were, you know, our

2   goal is to bring back to the community that have been

3   displaced.  It's also about health and the fact that

4   one in six kids have asthma in Bayview-Hunters Point.

5   The cumulative air impacts trucks industry beyond just

6   the, the concerns a lot of the residents have related

7   to the shipyards, and, you know, our goal is to make

8   sure families have as much information as possible and

9   can actually get involved and find balance between a

10  lot of the projects that are, are occurring out in the

11  southeast.  You know, President Swig talked about

12  Michael Cohen as a consensus builder, difficulty

13  getting things done, getting information, finding

14  balance.  That's exactly what Arc Ecology has done

15  though its workshops over the years, finding families to

16  get to, to actually get them out of their homes to

17  come out and find out what's going on as, as Jackie

18  mentioned, and building trust, and that's what this

19  project is about is building trust in the community so

20  that we can actually move forward and bring the

21  development that's needed and not create more, more

22  friction and divisiveness in the community.

23          PRESIDENT RICK SWIG:  Thank you.

24          MADAM SECRETARY:  Kate Kelly, then Al

25  Norman, and then Doris Vincent.

1          KATE KELLY:  Good evening, members of the

2     Commission.  My name is Kate Kelly, and I've had the

3     privilege recently of working closely with Saul Bloom

4     and Arc Ecology on Bayview-Hunters Point issues.  I

5     have always found them to be of the highest integrity.

6     They are balanced, responsible, and certainly

7     technically competent.  Their office is located right

8     in the heart of Bayview-Hunters Point, and I know that

9     they care very deeply about the community and the

10    success of the Redevelopment Project.  I agree with

11    what Eric Smith said a few minutes ago.  This is not a

12    baseball game.  This is about relationships, and it's

13    about trust, and I trust Saul Bloom and Arc Ecology to

14    do the right thing.  I support this recommendation.

15    Thank you.

16         MADAM SECRETARY:  Al Norman, then Lonnie

17    Mason, and then Utima Bofry.

18         AL NORMAN:  Mr. Chairman, Mr. Director,

19    Council, Al Norman, Bayview Merchant's Association.  I

20    have a handout for you of all the reasons why Arc

21    Ecology shouldn't get this contract.  If we remember --

22         PRESIDENT RICK SWIG:  You said should or

23    should not?

24         AL NORMAN:  Should not get this contract.

25         PRESIDENT RICK SWIG:  Thank you.  I couldn't

1    hear you.

2           AL NORMAN:   I mean, I've heard all the stuff

3    about the integrity, and I'm not saying that they don't

4    do the excellent work that they think.  He got twenty-

5    five years in, and many of them years was as a

6    contractor and as a CAC member, and I came before you

7    many years ago complaining about the conflict of

8    interest, and this same item came up here concerning

9    him being a nonprofit, so it don't apply.  When does

10   somebody else get a chance to come out here and, and,

11   and be a part of Bayview-Hunters Point, and have some

12   integrity?  He had this contract, he never would have

13   lost it, but he went against this Agency and against

14   the community on many projects concerning his

15   alternative plan when we already had a plan in place,

16   and we aren't saying anything, that was illegal or

17   anything, all right, but you had a contract to look out

18   for the community in the environmental concern, not be

19   going out here with this alternative plan or what you

20   think, not about no bridge or anything else, and this

21   document I got before you is, is all the things that

22   he's did.  Now, you say that he is a pillar of the

23   community, he's this, that, and the other, and he may

24   have been at one time, but he's not now.  I think

25   CirclePoint deserves a chance or whoever to come up and

1   be able to participate in this contract, and let's see

2   what somebody else can do.  You know, you can sit up

3   here and listen to all of this stuff that all these

4   people have to say, and I'll agree with every bit of

5   it, and I'll agree with his qualifications, but he has

6   no integrity this day.  He has none for the very reasons

7   stated in those things.  This alternative plan about

8   the bridge and all of this, but he don't tell you that

9   he's putting all those PDR contractors out of work

10  back there where he wanted that alternative plan.

11  Thank you.

12          PRESIDENT RICK SWIG:  Thank you, Mr. Norman.

13          MADAM SECRETARY:  Lonnie Mason, followed by

14  Utima Bofry, and then Kristin, Christine Johnson.

15          LONNIE MASON:  Wow.  Good evening,

16  Commissioners.  I'm here in the support of Arc Ecology.

17  The reason for me being here, not just because of my

18  father, he was a supporter of Arc Ecology, he was born

19  in the Bayview-Hunters Point community, as well as

20  myself.  The gentleman before, I don't want to go by a

21  lot of things that he said, but I didn't see those

22  actions, and I'm a fair person, and anyone can have

23  suggestions, but my father been with the Bay, with Arc

24  Ecology for a mere ten years.  The first five was

25  volunteer work, the last he was on the staff, the last

29

1   five or six years, but I believe because of my father

2   being a part at that organ, of that organization, he

3   believed in Arc Ecology.  He believed, he trusted in

4   Arc, in Arc Ecology, as well as myself.  I've been to

5   the office many a times, been to a lot of the

6   workshops that they had in the community and so forth,

7   and supporting them, and seeing them going out and

8   doing the outreach.  I've been there to all of that,

9   and I'm just here to say that I'm in support of Arc

10  Ecology based on their experience.  They've been around

11  long enough, they have an understanding, and as you've

12  seen, piggyback on Jackie Phillips, he's a resident

13  here.  A resident.  My father was a resident.  So I ask

14  that you support Arc Ecology in passing this.  Thank

15  you.

16          PRESIDENT RICK SWIG:  Thank you very much.

17          MADAM SECRETARY:  Utima Bofry, followed by

18  Christine Johnson, then Tussie Esta.  Christine

19  Johnson?

20          CHRISTINE JOHNSON:  Okay, good evening.

21  You've had a lot of people come up here and talk about

22  why they love Arc Ecology, and I just want to give a

23  little more background on why it's important that the

24  CAC gets expert advice from whoever.  I'm, my name's

25  Christine Johnson.  I'm the Secretary of the Hunters

1    Point Shipyard Advisory, Citizens Advisory Committee.

2    The CAC's Environmental, Environmental Re-Use

3    Subcommittee is a complement to the Navy's public

4    meetings put in place after the dissolution of the RAB,

5    and we serve as an outlet for education and public

6    comment on issues of environmental remediation.  We

7    feel that it's imperative that we begin again to get

8    immediate advice and, and expert opinion on the clean

9    up of the Shipyard.  It's not only about decoding the

10   ROD's, the Record Of Decisions, and memos, and other

11   materials.  It's also about helping us properly

12   assimilate this information into our work advising on

13   final land use, and that's really what I'm here about.

14   We need help to know what the various clean up methods

15   mean and what the consequences, unintended and intended,

16   could be.  This is particularly in the case of early

17   transfer of parcels that will be happening next year,

18   in less than twelve months, where we won't be dealing

19   with the Navy anymore,  but with contractors that would

20   be hired by the city.  We've been at, without this

21   advice for more than a year, and before this, the

22   Environmental Re-Use Subcommittee was put on standby.

23   You only need to come for a few minutes to see the

24   noticeable decline in the substance and value of those

25   meetings and our conversation about the remediation.

1  We think this is to the detriment of members of the

2  public who come to our meetings for information and

3  perspective, to the CAC members, and, frankly, to the

4  Agency and the city who rely on the PAC and the CAC as

5  a major part of their outreach strategy.  So, therefore,

6  I am here to advocate for the passage of this personal

7  services contract.

8          PRESIDENT RICK SWIG:  Thank you very much.

9          MADAM SECRETARY:  Tussie Esta?

10         TUSSIE ESTA:  Good evening, Commissioners.

11  My name is Tussie Esta.  I'm Coordinator to Mothers

12  Committee for Helping Environment Justice.  For you,

13  for you that don't know, up on that hill, like, up in

14  Hunters View, it's so hard for us to get information

15  about what's going on in our community.  With the help

16  of Uncle Jesse Mason, he made it possible for us to

17  get information from Arc Ecology about the

18  environmental issues.  I'm here to support Saul and

19  Arc Ecology, even though we have our differences in

20  what's going on with the Shipyard, but by him

21  acknowledging us to get this information out to the

22  residents up on the hill, which we very seldom get,

23  it's an honor for him to acknowledge us to work with

24  him to, on this project.  So, today, the Mothers

25  Committee of the Bayview-Hunters Point and Hunters

1    View Mothers Committee for Healthy Environmental

2    Justice supports Saul to get this contract.   Thank you.

3              PRESIDENT RICK SWIG:   Thank you.

4              MADAM SECRETARY:   Terry Anders, followed by

5    Mindy Kenner, then Richard Hobson, then Chris, Kristine

6    Enea, and then the last card would be Espanola

7    Jackson.

8              TERRY ANDERS:   Commissioners, glad to be

9    here.   My name is Terry Anders of Anders and Anders

10   Foundation.   I am in support of Arc Ecology to get

11   this contract.   Jesse Mason and I helped create the

12   Southeast Job Coalition, and that was part of the Arc

13   E, Arc Ecology.   There were many days that I would go

14   down there and me and Jesse would talk about the

15   different issues and what was affecting the community.

16   You know, it is, it is without question, and I'll say

17   it again, it is without question Arc Ecology deserves

18   this contract, bar none.   Whatever political inequities

19   that people may, may, may have, or even want to imply,

20   it should have nothing to do with Arc Ecology

21   receiving this contract.   That community had done and

22   been part of neglect and enough BS to last for ten

23   lifetimes as far as everybody trying to shuffle under

24   the table, over the table, or around the table --

25             UNIDENTIFIED FEMALE SPEAKER:   Yes, yes.

1          TERRY ANDERS:   -- shuffle, for someone to

2   deal with some integrity that Arc Ecology did and Jesse

3   Mason was a part of.

4          UNIDENTIFIED FEMALE SPEAKER:  All right.

5          TERRY ANDERS:  It's still here.  They need to

6   get this contract.

7          UNIDENTIFIED MALE SPEAKER:  Yeah.

8          UNIDENTIFIED FEMALE SPEAKER:  Very good.

9          UNIDENTIFIED FEMALE SPEAKER:  Yeah!

10          PRESIDENT RICK SWIG:  Thank you very much.

11          MADAM SECRETARY:  Mindy Kenner, followed by

12   Richard Hobson.

13          MINDY KENNER:  Good evening, Commissioners.

14   I'm here, actually, to represent the Southeast Jobs

15   Coalition.  I won't read the letter, but I will hand it

16   over for you to take a look, and we are urging you to

17   recommend Arc Ecology.  Thank you.

18          PRESIDENT RICK SWIG:  Thank you.

19          MADAM SECRETARY:  Richard Hobson.

20          RICHARD HOBSON:  Good evening, Commissioners.

21   I'm here tonight in support of Arc Ecology.  I'm

22   actually kind of surprised to be here today because

23   one of the things that was discussed with Redevelopment

24   and with all the parties that were to the Hunters Point

25   Bayview Shipyard Project was that jobs should go to the

34

1    businesses, contracts should go to the businesses, to

2    the residents of Bayview-Hunters Point.  So I'm a

3    little bit surprised that we're even here today talking

4    about taking away a contract from a business that has

5    been in the Bayview-Hunters Point for a very long time.

6    What this basically demonstrates to residents of the

7    Bayview is that, number one, Redevelopment is possibly

8    going to do what they've done in other communities,

9    which is take away, give contracts, give jobs, give,

10   give business to outsiders, and, basically, to

11   companies that do not reside in the Bayview-Hunters

12   Point.  So, again, I'm a little bit surprised to be

13   standing here arguing for a business that resides in

14   Bayview, hires Bayview residents, and has a long-

15   standing relationship with Bayview-Hunters Point

16   residents.  So I'm just here to say, you know, it's

17   important to remind residents that this project is

18   about them, it's about businesses in the Bayview-

19   Hunters Point, and that Redevelopment has a commitment

20   to support residents and to support businesses that

21   are in the Bayview-Hunters Point.  Thank you.

22           PRESIDENT RICK SWIG:  Thank you.

23           MADAM SECRETARY:  Kristine Enea, followed

24   By Espanola Jackson, then Deirdre Smith, and then Oscar

25   James.

1          KRISTINE ENEA:  Good evening.  My name is

2     Kristine Enea.  I am the Secretary of the Bayview

3     Project Area Committee.  I'm a former Technical Chair

4     of the Restoration Advisory Board.  I chair the India

5     Basin Neighborhood Association.  We are administering

6     the EPA's Technical Assistance Grant, looking at clean

7     up of the Shipyard.  It's a tiny, itty-bitty grant.

8     It's enough for maybe a couple meetings a year over

9     three years.  The first three years of my career as a

10    lawyer, I spent in environmental litigation.  I live on

11    Innes Avenue.  Trucks going to and from the Shipyard

12    go down my street every day.  So I'm here speaking

13    with a lot of knowledge about the clean up, and a lot at

14    stake personally, and I'm here to speak in support of

15    Arc.  My position on the development in the Shipyard

16    might be a little different from Arc, and it might be

17    a little nuanced, but it's been consistent.  I've

18    supported the plan with amendments to deal with some

19    of the comprehensive transportation effects.  However,

20    even without those amendments, I believe the

21    community is better off with the development than

22    without it, if for no other reason than it's the

23    development that is driving the clean up.  The

24    community doesn't know that.  We have a lot of

25    opposition to development in the Shipyard, and it's met

1    by a lot of silence, and I really urge you to put the

2    community's need for information above all else.  Above

3    Arc's position against development in certain cases,

4    above, above anything, above any of the politics

5    within Bayview, and really just focus on the

6    community's need for information.  This site is so

7    complex.  It's so nuanced.  It would take so long just

8    to get up to speed.  I spent three years on the RAB,

9    and with my background and my intense personal

10   interest, I have a hard time understanding some of it,

11   and having Arc on Third Street, where I can walk right

12   in there, I can talk to a scientist who has a great

13   deal of knowledge about the site.  I know that Arc has

14   the ability to communicate with the Navy, which is

15   difficult in itself.  I really urge you to support this

16   contract.  Thank you.

17              MADAM SECRETARY:  Espanola Jackson.

18              ESPANOLA JACKSON:  Good afternoon again.

19   Espanola Jackson.  I want to give some history here.  I

20   met Saul through your good friend Geraldine Johnson.  I

21   had never heard in my community of environmental

22   racism.  I always thought when I saw these young white

23   boys on the boat chasing a whale, they was talking

24   about saving the environment, I thought that the whale

25   was the environment.  I did not know it included me

1    until I met Saul.  Saul is the main reason why we have,

2    we did have a RAB Board in Bayview-Hunters Point

3    because I was told by the Navy in 1989 about RAB Boards

4    being in Southern California but not in Northern

5    California, and we got the RAB Boards.  I've never

6    known Saul to sit on the, one of those committees that

7    was mentioned, but he did serve on the RAB Board in

8    Presidio.  I've been knowing Al Norman for quite a

9    long time, but one thing that I do know because of

10   learning about the environment, in 1990, we started

11   Earth Day so people would know where all the toxins

12   were in Bayview-Hunters Point.  Because of the

13   closeness, we were getting about, knowing that the

14   Shipyard is a Superfund site and not a down spill

15   site, as you all keep hearing, the Navy said it was a

16   Superfund site, and I do know that we need the correct

17   information and not the lies and the politics that has

18   been played up on my people in Bayview-Hunters Point,

19   and I want to thank you.

20           UNIDENTIFIED MALE SPEAKER:  All right.

21           UNIDENTIFIED FEMALE SPEAKER:  Yeah.

22           PRESIDENT RICK SWIG:  Thank you, Ms. Jackson.

23           MADAM SECRETARY:  Deirdre Smith, followed by

24   Al Williams.

25           DEIRDRE SMITH:  Good evening, Commissioners.

1    My name is Deirdre Smith, and I'm asking for your

2    support to extend the contract for Arc Ecology.  I am

3    a resident and have seen them hire locally.  If there

4    were problems with them, they did what they could to

5    correct it.  They did not go outside of the community.

6    Arc Ecology is community and community-based.  I know a

7    residence, Al, Alice Griffin, and Arc Ecology continued

8    to support Alice Griffin.  They have not always done

9    what we expect of them in our eyes, but they have

10   supported the community.  We are asking for your

11   support.

12            PRESIDENT RICK SWIG:  Thank you.

13            MADAM SECRETARY:  Al Williams.

14            AL WILLIAMS:  Good afternoon, Commissioners.

15   I'm Al Williams.  I really came down originally because

16   of the senior program that was earlier and had not

17   intended to speak, but I thought since my name had been

18   mentioned a couple of times, it would be appropriate

19   that I, that I do stand up and say something.  First of

20   all, I'm one of the, along with Scott, and Saul, and

21   Commissioner King, one of the original CAC members.  I

22   spent about eight, nine years on the CAC back in the

23   early days, and, you know, I, I have tremendous respect

24   for Saul Bloom, and Arc Ecology, and all the great work

25   that they have done in the community.  As was

1    mentioned, however, I'm also a member of the team, the

2    CirclePoint team, that competed with Arc Ecology for

3    this project.  As I sat back and listened, something

4    occurred to me.  I had an experience not too long ago

5    where I say on jury duty, and I learned something about

6    being on jury duty.  I learned that jury duty wasn't

7    about convicting people of crimes.  It was about

8    making sure that innocent people didn't get convicted.

9    It was about the process and the integrity of the

10   process.  I heard a lot of good things about Saul, and

11   I agree with everything that was said about Arc

12   Ecology, but I don't think that's the issue here.  The

13   fundamental issue here is the integrity of the process.

14   How can you encourage small, disadvantaged businesses

15   to come in and want to participate and be involved in

16   your processes if their foregone conclusions about who

17   is going to be selected or if the, the decisions that

18   are objectively made are somehow overridden?  Now,

19   again, as I said, I have tremendous respect for Saul, I

20   have tremendous respect for the people on the team that

21   I'm with.  I think we could do a very good and excellent

22   and capable job at presenting this contract, for doing

23   the work that's required under this contract, and I

24   would simply ask that you adhere to the process, you

25   respect the process, and respect and maintain the

1   integrity of the process, all the other good things

2   that are being said aside.  Focus on the decision at

3   hand, which is the integrity of the process, not the

4   good work that's been done in the past.  Thank you.

5          PRESIDENT RICK SWIG:  Thank you.

6          MADAM SECRETARY:  Oscar James, and then Saul

7   Bloom.

8          OSCAR JAMES:  Thank you.  My name is Oscar

9   James, to the Commission.  I'm a native resident of

10  Bayview-Hunters Point, born and raised there.  My

11  father worked in the shipyard way before I was born.

12  He also worked on the top of the hill when it was a

13  pasture and building those units on, on top of that

14  hill.  When they did the fill-in on the Shipyard, some

15  of that hill was pushed down to make the Shipyard

16  larger and, and, and bring it to what it is now, but

17  in '54, '55, I stayed on, on the Hull Street, I moved

18  off Navy Road and I moved on Hull Street, and Hull

19  Street is, is basically the second last street going

20  into the Hunters Point Shipyard, and I seen all that

21  property behind Legolay on the Poole Street side

22  behind the, the first experimental lab, not the, the

23  tall building experimental lab, but the small building

24  experimental lab, being filled from the materials that

25  was being sandblasted and what have you.  I, I, I, my

1   father helped dump barrels that came out of that

2   experimental lab, both in the Shipyard and also the

3   Fairline Islands, but what I'm saying is this: I

4   served on the RAB, I served on the Mayor's task force

5   for the, for the closing of the Shipyard, and I served

6   in my community, both on Joint Housing and a whole lot

7   of other committees in our community, and my interest

8   is to make sure that that Shipyard is one hundred

9   percent clean.

10          UNIDENTIFIED MALE SPEAKER:  There you go!

11          OSCAR JAMES:  I stand here to say I'm

12   opposed to the bridge.  There is another alternative.

13   When the Shipyard was there before in the '50's and

14   '60's and even when it closed in 1973, there was three

15   alternatives to move to come out of that Shipyard: one

16   on the Evars Street side and one on the Poole Street

17   side.  The Poole Street side going to Highway 101 went

18   down Innes Street, I mean,  excuse me, Fitzgerald,

19   running to Highway 101, and we can still use that same,

20   same thing.  I ask for Arc Ecology to get that

21   contract.  Thank you very much.

22          PRESIDENT RICK SWIG:  Thank you, Mr. James.

23          MADAM SECRETARY:  Saul Bloom.

24          SAUL BLOOM:  Commissioners, I'm stepping up

25   for just a second just to clarify a couple of points

1    and just make two more points.  The first thing is, is

2    that there's been enough, there have been a number of

3    comments about Arc Ecology being opposed to the

4    development, and, to us, this is a very strange thing

5    considering how hard we've worked to make sure the

6    development was successful. . We've been involved in

7    doing studies, spending thousands, hundred of thousands

8    of dollars in terms of trying to reach consensus with

9    organizations that will help the project move forward

10   rapidly.  We did not invent the fight against the

11   bridge.  In 1997, the Sierra Club, meeting with Michael

12   Cohen and Jessie Blout, told him that if there was

13   going to be a bridge across Yosemite Slough, there

14   would be a lawsuit.  Both Kofi Bonner and Michael

15   Cohen and, indeed, the Director here said, "We're not

16   tied to this issue.  If you can provide a solution to

17   this problem, we would be willing to listen to it."

18   So what our role was was attempting to do some problem

19   solving.  We brought the environmental groups to a

20   point where they were willing to look at issues that

21   they hadn't been willing to look at, including some of

22   the take of the park land.  Instead, what we got

23   painted as, as an opponent to a bridge which we don't

24   like, but we certainly didn't believe, we sought to

25   find a middle ground to deal with, and that has been our

43

1   approach through the entire project with the Hunters

2   Point Shipyard.  We have been a very, very strong

3   supporter of the development.  I was very heavily

4   involved in the passage of Phase 1, the Phase 1

5   Disposition and Development, and we continue to be

6   extremely supportive of economic development in the

7   Bayview, working very, very hard.  We put three

8   hundred people to work over the last few years in

9   Bayview-Hunters Point, and we look forward to doing

10   more of that kind of work.  We understand what the

11   issues are, this is part of it, but you've heard, as

12   you've said about Michael Cohen, people opposed to the

13   project and people for the project all speaking on our

14   behalf.  If there is integrity in this process, and

15   believe me, there's been no impression on our part

16   that we're ever going to be given this contract by any

17   means or this was our business.  Thank you.

18         PRESIDENT RICK SWIG:  That was two minutes.

19   Thank you very much (unintelligible).

20         SAUL BLOOM:  Have a good night.

21         MADAM SECRETARY:  I have no other cards, Mr.

22   President.

23         PRESIDENT RICK SWIG:  Thank you.  Is there

24   anybody else in the audience who wishes to address to

25   address the Commission on this item?  Seeing no one and

1    hearing no one, I will close public comment and turn to

2    my fellow Commissioners, beginning with Commissioner

3    King.

4            COMMISSIONER LEROY KING:  Well, I want to

5    oppose, speak against giving this contract to Ecology.

6    I've been there since the beginning, was on every board

7    that the, Mister, that always have been there, and

8    every time he was there, he spoke opposite to what the

9    Redevelopment was going on.  As far as Lennar and Kofi

10   and all the people that, that wanted to work on, are

11   working on this contract, we support him.  He spoke

12   against them.  He spoke every time it got up.  I

13   opposed him going on there from the beginning, and I

14   spoke of keeping Ecology off of being, being appointed

15   to this job, and what happened is, we had the votes,

16   and they, and Kofi Bonner called me, who is, who, over

17   Lennar, and asked me, "Will you change your vote?

18   Let's bring Ecology on.  I need him.  We need him."

19   And I changed my vote to put him on.  I was opposing

20   him being on there in the first place, and I'm still

21   opposed to it, and then, then Kofi Bonner called me the

22   other day and says, "Well, I see Ecology's up again."

23   I said, "He wouldn't be up if it wasn't for you.

24   You're the one made me change my vote, and that's the

25   only reason I voted, because of you, voted for him."

1    I was opposed with him on the first because him and I

2    go back from a long time when he had his office on

3    (unintelligible) and every time was opposed to basic

4    things to build that Shipyard, the bridge, and many

5    other things that he was opposed to, and today he

6    hasn't changed much different than what he was today --

7           UNIDENTIFIED MALE SPEAKER:   (Unintelligible).

8           LEROY KING:   -- and I hope this committee

9    vote to turn down this contract of his and they,

10   because he has now talk, he wants to be there, but he

11   talks against Lennar, he talks, everything we do, he's

12   out there in the community, talking against the basic

13   program that we're pushing.  He's out there today

14   talking against it, and he talked against it many a

15   time, and then I listened to all of, he had a lot of

16   good people out here talking about, "Wait a minute, but

17   that's not true."  He's been out there talking against

18   the basic program that this Redevelopment has been

19   trying to get in that Shipyard, on the bridge and many

20   other things, and I'm hoping that this, our Commission

21   turn down this because I should have not listened to

22   Kofi in the first place and reconsidered to put this

23   guy on in the first place and gave him that first

24   contract because I was opposed to it, and I'm hoping

25   that it's our, we turn this contract down and give

1   somebody else a chance to have this contract.

2          PRESIDENT RICK SWIG:  No (unintelligible).

3          COMMISSIONER LEROY KING:  Huh?

4          MR. MORALES:  You did not move.

5          PRESIDENT RICK SWIG:  (Unintelligible).

6   Okay.

7          MR. MORALES:  No.

8          COMMISSIONER LEROY KING:  Yeah, I moved to

9   turn it down!

10          PRESIDENT RICK SWIG:  Okay.

11          COMMISSIONER LEROY KING:  Yeah.

12          PRESIDENT RICK SWIG:  Any other

13   Commissioners wish to speak on this item?  No?

14          COMMISSIONER FRANCEE COVINGTON:  I said I'll

15   speak.

16          PRESIDENT RICK SWIG:  Oh, you'll speak?

17   Commissioner Covington.  I'm sorry.

18          COMMISSIONER FRANCEE COVINGTON:  Thank you,

19   Mr. President.  I have a great many papers in front of

20   me, and I have a great many fellow citizens in front of

21   me.  I have spent quite a bit of time going through

22   these papers.  This is the, you know, communications

23   and responses from the EIR, and I had to go into the

24   archives yesterday to get my copy because I remembered

25   that there were a couple of letters related to Arc

1   Ecology's assertion that there was backing, there was

2   the backing of several community organizations for the

3   alternative that Arc Ecology was putting forth for

4   Yosemite Slough, and these organizations wrote letters

5   saying that their names had been used erroneously, that

6   they did not support Arc Ecology, and that they wanted

7   this to be part of the permanent record related to the

8   EIR.   Since this was going to be on our docket today,

9   I have received phone calls from press people, other

10  respondents to the RFQ, the RFP.   I have gotten calls

11  from, you know, members of the community, and I, I

12  must say, I, I'm just a little bit distressed because,

13  on the one hand, we have this document which we

14  received over the weekend which has the information of

15  all of the respondents.   It has their proposals.   It

16  has the, the scoring sheets, everything.   I'm must

17  showing this to you in case you think that Commissioners

18  are just, or I, as a Commissioner, am just watching

19  Oprah and eating Bon Bons.   I am not.   I have to go

20  through all of this material and make a, make a

21  decision.   The fifty percent that's required for SBE's

22  in hiring is a goal that we have as a Commission, that

23  we have as an agency, but it does not apply to

24  nonprofits.   The proposal that was put forth by

25  CirclePoint covers that base far and wide.   The fact

48

1  that a number of people in their communications with

2  me have said, basically, that in order for us to have

3  less dissension and less controversy with all of this

4  development that we have to do over the next thirty

5  years, that it is important that everybody on the team

6  be on the same page, and that Arc Ecology is not only

7  on the same page, but sometimes in a different book.

8  So this is, and, and I'm, I'm not making light of

9  anything.  I think that Saul Bloom is a very hard-

10  working person, he's a very knowledgeable person, he

11  has hired other knowledgeable people, but they are

12  not the only knowledgeable and hard-working people in

13  the world.  They're not the only knowledgeable and hard-

14  working people in this city.  There are some good

15  things in each proposal, and I'm happy to know that

16  each of the five firms, members of each of the five

17  firms, were interviewed.  I think that's a very good

18  process.  I think that when you gather people in a

19  room, and you have a panel, and they score each

20  candidate, each candidate firm or non-profit, and it is

21  a confidential scoring, so you're not looking to see,

22  'Should I vote a little more?  A little less?' that

23  sort of thing, just to make sure that, you know, the

24  team that I favor actually wins, that has to be taken

25  into consideration.  CirclePoint did win, and you say

1    it's a statistical dead heat, but, you know, and it's

2    not a baseball game.  Indeed, it is not, but you have

3    to ask yourselves, I was a small business owner for

4    many, many years.  You have to ask yourself, if you

5    were in a statistical dead heat and were indeed the

6    winner in the photo finish, would you want things to be

7    thrown out?  No, we live in a society where the high

8    score usually gets the game, you know?  Whether we're

9    talking about the Olympics or we're talking about

10   competition for a job.  I'm really sorry that it has

11   taken us so long to get to this point, that there was

12   this hiatus and a void of information over a period of

13   time, which is, is really not the community's fault.  I

14   understand, you know, the anxiety about wanting a firm

15   that can hit the ground running.  CirclePoint has a

16   deep bench when it comes to this kind of work, as well.

17   You know, they are not a lightweight firm, and there's

18   nothing wrong with being a downtown firm.  There's

19   nothing wrong with that.  People who have firms

20   downtown, a lot of them also have big hearts, and big

21   brains, and a real need to see things done right by

22   this community.  I think you, you do a great disservice

23   to CirclePoint to say that, because they don't live

24   next door, they wouldn't care.  That is exactly not

25   the case.  You know, you have someone like Al Williams,

1    who was on the CAC for, you know, seven or eight years.

2    Remember, these are non-paid volunteer duties, just as

3    ours are non-paid volunteer duties, and Al Williams is

4    very, very active.

5              UNIDENTIFIED MALE SPEAKER:   (Unintelligible).

6              COMMISSIONER FRANCEE COVINGTON:   He was very

7    vocal, and I don't think that anyone would say that he,

8    he isn't a good man.   There is a lot that we have to do

9    over the next three decades, and I'm eager to let us

10   begin the work.

11             PRESIDENT RICK SWIG:   Thank you,

12   Commissioner.   About two or three months ago, we had an

13   item in front of us where there was a, I believe a

14   custodial company that had had a job with the

15   Redevelopment Agency for a long time.   They had done a

16   great job, they were popular, they had good community

17   relationships and trust, but we put out an RFP, and

18   this vendor which had served the Agency for a long

19   time, did not come out with the highest score, and I

20   remember saying at that time it's a very, very tough

21   decision when somebody has been hard-working and loyal

22   to go suddenly choose somebody else, but that's part of

23   the process, and that's why we have a process.   If we,

24   if we didn't want to do fair evaluations, then we

25   wouldn't have RFP's and RFQ's and we'd just stick with

1    the same people and they'd probably do a real good job

2    and, but it would ruin the, it, it really would ruin

3    the whole reason why we're here, to make sure that we

4    pay attention to our policies and procedure.  It's very

5    clear that CirclePoint had more, did, did, did the same

6    thing as the, as the new custodial company.  They had a

7    higher score.  I, I'm, we need a clarification on, and

8    maybe Mr. Morales can give me the clarification, on

9    the, on the SBE 501C3 issue.  Is Arc Ecology, is Arc

10   Ecology meeting the standards of, of. of the hiring

11   practices as a 501C3 versus the SB, SBE ratio of, that,

12   that CirclePoint has?  Would you explain?  I'm, I'm not

13   thinking it will.

14            MR. MORALES:  I, I think you, President Swig,

15   I think your question is, does Arc Ecology as a

16   nonprofit organization qualify as a small business --

17            PRESIDENT RICK SWIG:  Yes.

18            MR. MORALES:  -- entity?  The answer under

19   your policy that you've adopted is no.

20            PRESIDENT RICK SWIG:  Right.

21            MR. MORALES:  The nonprofit is not

22   considered.  I do believe it has been discussed, and

23   debated, at the working group that is the advisory body

24   to this Commission about small business, and to date,

25   there has not been a recommendation to propose a change

1   to include nonprofits, so, although I would note that

2   the city does, in fact, give additional points to

3   nonprofits in their system, but we do not.

4           PRESIDENT RICK SWIG:  Okay.  So, in fact,

5   CirclePoint scores more points as an, as an SBE

6   provider in this --

7           MR. MORALES:  You know, I, I, I'm not sure of

8   the level of the --

9           PRESIDENT RICK SWIG:  I believe that, I --

10          MR. MORALES:  I can tell you that the SBE --

11          PRESIDENT RICK SWIG:  Yeah, I --

12          MR. MORALES:  -- is entered into the

13  actual --

14          PRESIDENT RICK SWIG:  Okay.

15          MR. MORALES:  -- scoring of this evaluation.

16  I'm not, I don't believe it did.  I, I believe that

17  they were looking art other considerations.  The SBE

18  factor is a, is a preference.  It's a, a factor to be

19  considered, but it is not quantified into a certain

20  number of points.

21          PRESIDENT RICK SWIG:  All right.  All right.

22  Let me ask a black and white question.  Are there SBE's

23  involved in the, in the CirclePoint bid?  I believe

24  that there are.

25          CHRISTINA GARCIA:  Christina Garcia, Contract

1 Compliance Supervisor. I just wanted to clarify,

2 CirclePoint themselves are not an SBE --

3     PRESIDENT RICK SWIG: Right.

4     CHRISTINA GARCIA: -- but they did include

5 three sub-contractors --

6     PRESIDENT RICK SWIG: Right.

7     CHRISTINA GARCIA: -- that are SBE's.

8     PRESIDENT RICK SWIG: Okay. That's, that --

9     CHRISTINA GARCIA: But there were, there are

10 no points awarded for, for that (unintelligible).

11     PRESIDENT RICK SWIG: Right, and, and a

12 501C3 is not an SBE according to our policies and

13 procedures?

14     CHRISTINA GARCIA: Yes.

15     PRESIDENT RICK SWIG: Thank you. That's what

16 I wanted to clarify. I looked at Mr. Norman's list and

17 I, I, I have to share a couple of, on, on this list,

18 there are a couple things that I share your observation

19 on. So, and, and where, where a consultant crosses the

20 line of not being a neutral consultant but being an

21 advocate, and sometimes it felt like the advocacy went

22 against the, the person that hired them, and as a

23 consultant, I have my, my feelings sometimes. I don't

24 agree with all my customers, but I don't bite the hand

25 that feeds me. That's not a good policy, but that's,

1    that's editorial.  I really look at the, the score,

2    81.6, 81.4, and I look at the SBE issue, and, and, and

3    also after I, I have to show mine, too, I, I re-read

4    all the, the proposals and, and you have two very fine,

5    very qualified companies, companies, who are, who could

6    do the job and do it well, and I respect relationships,

7    I respect trust, I respect the community voice, but I,

8    what I'm going to do now, because I heard none of my

9    fellow Commissioners move, move, go to move the item,

10   I'm going to ask for a roll call vote on this item.  If

11   you would, Madam Secretary?  Is that okay?

12            COMMISSIONER LEROY KING:  Well, it's, yeah,

13   sure.

14            COMMISSIONER FRANCEE COVINGTON:

15   (Unintelligible), mm-hmm.

16            MR. MORALES:  May I?

17            COMMISSIONER FRANCEE COVINGTON:  Mm-hmm.

18            COMMISSIONER LEROY KING:  Yes, sure.

19            MR. MORALES:  Yeah, I didn't hear a second

20   to Commissioner King's motion to reject the Staff

21   recommendation.  That's what you would need to --

22            PRESIDENT RICK SWIG:  Okay.  So, did you move

23   to reject the Staff's recommendation?  (Unintelligible)

24   Commissioner (unintelligible) seconded it --

25            UNIDENTIFIED SPEAKER:  Seconded.

1      PRESIDENT RICK SWIG:  -- so there we go.

2  Okay, so a roll call vote, please, to, to reject

3  Staff's recommendation of Arc Ecology.

4      COMMISSIONER FRANCEE COVINGTON:  Commissioner

5  King?

6      COMMISSIONER LEROY KING:  Yes.

7      PRESIDENT RICK SWIG:  Yes.

8      COMMISSIONER FRANCEE COVINGTON:  Vice-

9  President Singh?

10      VICE-PRESIDENT DARSHAN SINGH:  Yes.

11      MADAM SECRETARY:  Commissioner Covington?

12  President Swig?

13      PRESIDENT RICK SWIG:  Yes.  So we are

14  unanimous in rejecting Arc Ecology, the, the Staff's

15  recommendation that engaged Arc Ecology for this

16  contract.  Commissioner King?

17      COMMISSIONER LEROY KING:  Motion to accept

18  the CirclePoint.

19      PRESIDENT RICK SWIG:  Okay.  Commissioner

20  King would like to make a motion to accept the

21  alternative applicant, CirclePoint, and I, I think I

22  need a second on that, and Commissioner Covington

23  will second it.  Once again, a roll call vote, please.

24      MADAM SECRETARY:  Commissioner King?

25      COMMISSIONER LEROY KING:  Yes.

1    MADAM SECRETARY:  Vice-President Singh?

2    VICE-PRESIDENT DARSHAN SINGH:  Yes.

3    MADAM SECRETARY:  Commissioner Covington?

4    COMMISSIONER FRANCEE COVINGTON:  Yes.

5    MADAM SECRETARY:  President Swig?

6    PRESIDENT RICK SWIG:  Yes.  We, we are

7  unanimous in, in selecting CirclePoint as the

8  alternative provider of, of, of services to the

9  Redevelopment Agency.  Thank you very much.  Next

10  item, please?

11    COMMISSIONER FRANCEE COVINGTON:  Mr.

12  President, I'm --

13    PRESIDENT RICK SWIG:  Yes, Commissioner

14  Covington?

15    COMMISSIONER FRANCEE COVINGTON:  -- just a

16  point or order.  I did hear someone in the audience

17  say, "What about public comment?"  I, since a

18  substitute motion was provided, do we also need to have

19  public comment at this point?

20    MR. MORALES:  Commissioner Covington, public

21  comment was for the item.  There was full public

22  comment on the item, which included the possibility of

23  a, a rejection or the adoption of another motion, so

24  public comment was satisfied by what happened.  There

25  was no need for additional public comment.

1            COMMISSIONER FRANCEE COVINGTON:   All right.

2    Thank you.

3            PRESIDENT RICK SWIG:   Thank you.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Cert
LEGAL TRANSCRIBER CERTIFICATE

I, TIMOTHY ROBERT DUVAL, Legal Transcriber, certify;

That the foregoing is a true and correct transcript of the September 21, 2010 Meeting of the Redevelopment Agency of the City and County of San Francisco - Opening of Meeting and Agenda Item C;

That the content was transcribed from audio file;

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 18th day of October, 2010.


TIMOTHY ROBERT DUVAL