UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARC ECOLOGY, a California non-profit organization,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO REDEVELOPMENT AGENCY, et al.,<br><br>            Defendant. | Case No:  C 10-5523 SBA<br><br>**ORDER**<br><br> Docket 32 |

    Pursuant to the parties' Stipulation and Joint Request to Reschedule Settlement Conference and Case Management Conference, Docket 32, IT IS HEREBY ORDERED THAT the Settlement Conference scheduled for October 11, 2011 is CONTINUED to October 19, 2011 at 9:30 a.m., and the Case Management Conference scheduled for October 13, 2011 is CONTINUED to the next available date of December 1, 2011 at 3:30 p.m.  Prior to the date scheduled for the Case Management Conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call.  On the specified date and time for the Case Management Conference, Plaintiff shall call (510) 637-3559 with all parties on the line.

    IT IS SO ORDERED.

Dated: October 6, 2011

                                                         SAUNDRA BROWN ARMSTRONG
United States District Judge